John Doe
Address Withheld
Phone Number Withheld
Email Withheld
Plaintiff Pro Se

# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF COLUMBIA

| | |
|---|---|
| John Doe,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>American University,<br><br>　　　　Defendant | Case No.: 1:25-cv-03866-UNA<br><br>MOTION TO EXTEND SERVICE DEADLINE |

Defendant Address
4400 Massachusetts Ave NW
Washington, D.C. 20016

## STATEMENT OF PURPOSE

1. Plaintiff filed their complaint on November 5, 2025, with a motion to proceed under pseudonym. That motion is still being considered by the court. Without a ruling on the motion, the court clerk cannot issue the summons and therefore Plaintiff cannot serve the defendant. To prevent the mandatory dismissal required under Fed. R. Civ. P. 4(m), Plaintiff asks for an extension due to good cause.

## MEMORANDUM OF POINTS AND AUTHORITIES

2. Under Fed. R. Civ. P. 4(m), after 90 days elapse after filing a complaint, the Court is required to "dismiss the action without prejudice…or order that service be made within a specified time," however, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

3. Plaintiff's good cause stems from no summons being issued. Plaintiff filed the complaint on November 5, 2025. Later in that month, Plaintiff called the court clerk's office

to confirm that nothing more was required and that a summons would not be issued until after a ruling on the pseudonymous motion. Plaintiff again confirmed with the court clerk in December 2025 that no service was possible or necessary until after a ruling had been issued.

4. Since the ruling on the pseudonymous motion is still pending, Plaintiff respectfully asks that they be given up to 60 days after the issuance of a summons to serve the defendant with the appropriate documents.

5. Under LCvR 7(m), parties must confer on non-dispositive motions. In this case, the defendant has not been served, and no attorney has appeared for the defendant. As such, there is no one for Plaintiff to confer with.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 15, 2026.

_____*John Doe*_____
John Doe, Plaintiff Pro Per