John Doe
Address Withheld
Phone Number Withheld
Email Withheld
Plaintiff Pro Se

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| John Doe,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>American University,<br><br>　　　　　Defendant | Case No.: 1:25-cv-03866-UNA<br><br><br>[PROPOSED] ORDER TO EXTEND SERVICE DEADLINE |

Defendant Address
4400 Massachusetts Ave NW
Washington, D.C. 20016

**Proposed Order**

Having read Plaintiff's motion, the Court finds good cause to use its discretion under Fed. R. Civ. P. 4(m). It is hereby:

ORDERED that Plaintiff's motion is GRANTED. Plaintiff shall have 60 days from the date of the Court's ruling on Plaintiff's motion to proceed under pseudonym to serve Defendant with the summons and complaint.

SO ORDERED.

Date: _____

_____

Judge