**Local Rule 7(m) Statement ECF No.2**

There was no original conference since this motion was filed concurrent with the complaint, meaning that no Defendant or Opposing Counsel had appeared to confer with. Plaintiff and Defense Counsel have now conferred and the motion is opposed.

**Certificate of Service ECF No. 2**

I hereby certify that on March 26, 2026, a copy of this SEALED MOTION to Proceed Under Pseudonym, including all exhibits in this motion and those designated to be filed under seal, was served by email upon the following counsel who have been retained to represent American University in this matter:

James A. Keller

1735 Market Street, 36th Floor

Philadelphia, PA 19103

James.keller@saul.com



John Doe, Plaintiff <u>Pro Per</u>

**RECEIVED**

MAR 26 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia