John Doe
Address Withheld
Phone Number Withheld
Email Withheld
Plaintiff <u>Pro Se</u>

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF COLUMBIA**

John Doe,

        Plaintiff,

vs.

American University,

        Defendant

Defendant Address
4400 Massachusetts Ave NW
Washington, D.C. 20016

Case No.: 1:25-cv-03866-UNA

SUPPLEMENTAL FILING OF CERTIFICATE OF SERVICE AND RULE 7M STATEMENT IN ECF NO. 2

**<u>Supplemental Filing</u>**

**<u>Local Rule 7(m) Statement ECF No.2</u>**

There was no original conference since this motion was filed concurrent with the complaint, meaning that no Defendant or Opposing Counsel had appeared to confer with. Plaintiff and Defense Counsel have now conferred and the motion is opposed.

**RECEIVED**

MAR 26 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**<u>Certificate of Service ECF No. 2</u>**

I hereby certify that on March 26, 2026, a copy of this SEALED MOTION to Proceed Under

Pseudonym, including all exhibits in this motion and those designated to be filed under seal, was

served by email upon the following counsel who have been retained to represent American

University in this matter:

James A. Keller

1735 Market Street, 36th Floor

Philadelphia, PA 19103

James.keller@saul.com

*John Doe*
_____
John Doe, Plaintiff <u>Pro Per</u>

  I declare under penalty of perjury that the foregoing is true and correct. Executed

on March 26, 2026.

*John Doe*
_____
John Doe, Plaintiff <u>Pro Per</u>