# Exhibit 3

# Expert Witness Report on Properties of THC by Dr. Margaret Gedde

Margaret Gedde, MD, PhD

Gedde Whole Health, LLC

6266 Autumn Leaf Dr.

Fredericksburg, VA 22407

mgedde@geddewholehealth.com

Call & Text 719-239-0643

**Disclosure of Expert Testimony**

**Case No. 1:25-CV-03866**

**Doe v. American University**

**March 20, 2026**

## Table of Contents

A.      Expert Qualifications _____ p. 02

B.      Case Facts _____ p. 03

C.      Scientific Basis _____ p. 04

D.      Case Analysis _____ p. 06

Conclusions _____ p. 07

References _____ p. 08

A.  Expert Qualifications

I am an actively licensed physician who received an MD degree from Stanford University School of Medicine in 1993 and a PhD in Biophysical Chemistry from Stanford University in 1993. I hold Board Certification in Clinical Pathology, which is the medical specialty that includes forensic toxicology. From 2010 to the present, my clinical focus has been cannabis medicine, and I have counseled tens of thousands of patients in using cannabinoids. I have testified as a toxicology expert in multiple courts, including about THC testing and effects.

In the preceding ten years I have authored these publications:

> Rhyne DN, Anderson SL, Gedde MM, Borgelt LM. Effects of Medical Marijuana on Migraine Headache Frequency in an Adult Population. Pharmacotherapy. 2016 May;36(5):505-10. doi: 10.1002/phar.1673. Epub 2016 Jan 9. PMID: 26749285.

> Gedde MM. Physician-Guided Titration of Cannabidiol for Optimized Seizure Control. Poster Presentation, Society of Cannabis Clinicians 2nd Annual Medical Cannabis Conference, Baltimore MD, 12 October 2024.

In the past four years, I have been admitted in court as an expert in toxicology for **9** cases (**6** parental and **3** criminal) and have testified at a hearing, trial, or deposition in **14** cases, as follows:

- Gaeta v. City of Stockton—12/11/25—2:23-CV-00077-TLN-CSK—Deposition, for the Plaintiff— United States District Court for the Eastern District of California
- People of the State of Colorado ITIO Minor Children, Respondent P.S.—06/25/25—25JV30012—Hearing, for the Respondent—1st Judicial District Court, Jefferson County, Colorado
- People of the State of West Virginia ITIO Minor Child K.H, Respondent S.H.—01/09/2025—CC-34-2023-JA-71—Hearing, for the Respondent—Circuit Court of Nicholas County, West Virginia

- Jesse Roberts v. Jeremy King—12/19/2024—CL23002669-00—Deposition, for the Defendant—Circuit Court of Stafford County, Virginia

- Jazz Pharma v. Joint Defense Group—12/12/2024—23-00018—Deposition, for the Defendant—United States District Court for the District of New Jersey

- James Atkinson v. MedTox Labs. and NCI Nursing Corps—11/08/2024—22-C-130-2—Deposition, for the Plaintiff—Circuit Court of Harrison County, West Virginia

- Commonwealth of Kentucky v. Z. H. Jaglowicz—11/17/2023—22-M-00906—Jury Trial, for the Defense—Hardin County Court, Hardin County, Kentucky

- State of Nevada vs. D.W. Terry—05/30/23—CR-22-1321—Hallmark Hearing, for the Defense—2nd Judicial District Court, Washoe County, Nevada

- People of the State of Colorado ITIO Minor Child, Respondent A.M.—04/21/2023—21JV717—Hearing, for the Respondent—District Court, El Paso County, Colorado

- People of the State of Colorado ITIO Minor Child J.N., re Intervenor T.N.—04/07/2023—21JV217—Hearing, for the Respondent—District Court, El Paso County, Colorado

- Commonwealth of Virgina v. Jerich O. Shellington—01/12/2023—CR21000395-00—Jury Trial, for the Defense—Caroline Circuit Court, Caroline County, Virginia

- People of the State of Colorado ITIO Minor Children, Respondent P.F.—09/30/2022—21JV420—Hearing, for the Respondent—18th Judicial District Court, Arapahoe County, Colorado

- People of the State of Colorado ITIO Minor Children, Respondent A.M.—03/29/2022—19JV641—Hearing, for the Respondent—19th Judicial District Court, Weld County, Colorado

- Jonathan Parker Estate v. Community Asphalt—02/15/2022—2018-037607-CA-01—Deposition, for the Plaintiff—11th Judicial Circuit Court, Miami-Dade County, Florida

B.  Case Facts

In forming opinions for this case, I reviewed the American University Title IX Sexual Harassment Policy (10-26-2021 revision) and Sections III-IV of the Roe-Doe Written Determination.

C.  <u>Scientific Basis</u>

Below are findings from the peer-reviewed scientific literature relevant to the facts and questions in this case.

1.  <u>Typical THC Effects</u>

After inhaling THC, for example by vaporizing THC concentrate, users experience a range of effects (Hart et al. 2010, Newmeyer et al. 2017). Relaxation and euphoria are typical subjective effects (the user "feels high"). Physiological effects include heart rate increase, dry mouth, and red eyes. Impairing effects include reduced concentration, decreased coordination, and altered perception of space and time. Users may feel anxiety and paranoia.

As for impairment of memory, THC has two main effects. It reduces working memory, which is the active ability to hold information temporarily in mind, such as to follow a conversation or do mental arithmetic. It also reduces episodic short term memory, which is the passive ability to briefly recall specific personal events, such as where you put your keys or what someone told you (Morgan et al. 2018, Ranganathan & D'Souza 2006, Schoeler & Bhattacharyya 2013).

THC effects experienced by an individual depend on the dose (with higher doses yielding greater effects) and the individual's use history, where regular users experience lesser effects from a given dose. This is because regular THC use leads to tolerance to THC's impairing effects and, to a lesser extent, to the subjective and physiological effects. Even tolerant individuals can become intoxicated if they use a dose higher than their usual. For example, a regular user who vaporizes THC 2–4 times per week may experience modest impairment from their typical dose but significant impairment from a higher dose (Ramaekers et al. 2009).

2.  <u>Time Course of Inhaled THC Effects</u>

For all users, the time course of THC effects after inhaled dosing is well-described. Inhaled THC effects reach their maximum by 10-15 minutes after the last inhalation. By 1 hour after inhalation, effects have dropped about 20% from their peak, then continue to decline by

roughly 20% per hour after that. At 3 hours after inhalation, THC effects are typically less than half what they were at the peak.

Inhaled THC effects do not fluctuate or recur. After THC inhalation, its effects are always less at 90 minutes compared to 30 minutes, and less at 3 hours compared to 1 hour (Hart et al. 2010, Newmeyer et al. 2017, Ramaekers et al. 2009).

The time course of effects of oral (swallowed, edible) THC is prolonged and more variable compared to inhaled THC. Oral dose effects typically reach their maximum in 2–4 hours and remain at their peak for several hours after that, gradually subsiding to baseline by 8–12 hours after the dose (Newmeyer et al. 2017).

3.   Effects of Excessive THC

Too much THC in any form can lead to over-intoxication. Signs of being too high include paleness, tunnel vision, ringing in the ears, nausea or vomiting, lightheadedness, sweating, disorientation, and anxiety or panic—an uncomfortable and unpleasant experience caused by a vasovagal response triggered by THC's effects on the autonomic nervous system. Blood pressure may drop enough to cause syncope—fainting or "passing out" (Mathew et al. 2003).

When a person passes out following an excessive THC dose, the change in consciousness is not from a direct effect of THC on the brain, but from fainting following a drop in blood pressure. In contrast, alcohol and benzodiazepines cause changes in consciousness by stimulating central nervous system GABA receptors. Overstimulation of GABA receptors can cause sedation, unconsciousness, and death.

As with fainting in other contexts, when a person faints following excessive THC, they typically regain consciousness within seconds of when they lie down and blood flow to the brain is restored. Provided they remain sitting or lying down, fainting does not recur. The symptoms of being too high subside and the person recovers fully as THC effects taper off, either relatively quickly (with inhaled dosing) or more slowly (for an edible dose).

GWH # 25-097                                                                                                  5

4.  Effects Not Associated with THC

a.  No Blackouts (Anterograde Amnesia)

THC can impair both working memory and episodic short term memory. Alcohol can impair these types of memory too, but can also result in more profound memory loss. Specifically, both alcohol and benzodiazepines are well known to cause anterograde amnesia in some people, especially at high doses. Anterograde amnesia involves loss of all memory of the period of intoxication (Wetherill & Fromme 2016, Kaplan & Hunsberger 2023).

Anterograde amnesia is popularly known as "blacking out." An observer cannot tell when an individual is experiencing a blackout. The affected person rarely recovers the memory of events that happened under the influence of the drug. In contrast, there are no reports of anterograde amnesia ("blacking out") from THC intoxication.

b.  No Intermittent Effects

The time course of THC intoxication from inhalation is predictable. The intensity of its effects depends on the dose and the individual's tolerance, but the time course of inhaled effects is consistent across published studies. Once intoxication starts to subside, it declines steadily until baseline is reached 4–6 hours after the last inhalation. THC effects are not intermittent; they do not fluctuate. Once they subside, they do not recur if no more THC is used.

D.  Case Analysis

Based on the scientific record, reasonably expected results of THC inhalation include these:

- Effects reach a peak within minutes, start to subside within an hour, and by three hours are less than half of the peak effects.
- Working memory and short term episodic memory may be impaired during intoxication, but blackouts (anterograde amnesia) do not occur.
- Peak effects of excessive THC can include unconsciousness from fainting due to blood flow shifts. Recovery of consciousness typically occurs within seconds of lying down.

The American University Title IX Sexual Harassment Policy identifies incapacitation as a state during which an individual cannot give consent to sexual contact—a state "beyond mere intoxication, or impairment of judgment." The policy lists sleep, unconsciousness, and intermittent consciousness as potential states of incapacitation.

THC inhalation does not induce sleep or unconsciousness, unless fainting occurs from an excessive dose; if it does, recovery of consciousness occurs within seconds. Fainting from THC inhalation does not recur in a person who remains lying down. Unlike for some drugs, intermittent consciousness is not associated with THC inhalation.

Conclusions

Based on scientifically confirmed information about the effects of inhaled THC, a reasonable person would conclude that:

- After the peak at 15–30 minutes, effects of THC inhalation decrease steadily with time and do not peak 2–3 hours after inhalation.
- Inhaled THC cannot cause a person to black out.
- Inhaled THC does not cause intermittent consciousness.

I have based these opinions on the cited sources and on my knowledge, education, experience and skills, including my previous work as an expert on cases involving effects of THC. I reserve the right to supplement these opinions if more information becomes available.

With best regards,

Margaret M. Gedde, MD, PhD, DABPath

Gedde Whole Health LLC

Date: 03/20/2026

GWH # 25-097                                                                                  7

<u>References</u>

Hart CL, Ilan AB, Gevins A, Gunderson EW, Role K, Colley J, Foltin RW. Neurophysiological and cognitive effects of smoked marijuana in frequent users. Pharmacol Biochem Behav. 2010 Sep;96(3):333-41.

Kaplan K, Hunsberger HC. Benzodiazepine-induced anterograde amnesia: detrimental side effect to novel study tool. Front Pharmacol. 2023 Sep 14;14:1257030.

Mathew RJ, Wilson WH, Davis R. Postural syncope after marijuana: a transcranial Doppler study of the hemodynamics. Pharmacol Biochem Behav. 2003 May;75(2):309-18.

Morgan CJA, Freeman TP, Hindocha C, Schafer G, Gardner C, Curran HV. Individual and combined effects of acute delta-9-tetrahydrocannabinol and cannabidiol on psychotomimetic symptoms and memory function. Transl Psychiatry. 2018 Sep 5;8(1):181.

Newmeyer MN, Swortwood MJ, Abulseoud OA, Huestis MA. Subjective and physiological effects, and expired carbon monoxide concentrations in frequent and occasional cannabis smokers following smoked, vaporized, and oral cannabis administration. Drug Alcohol Depend. 2017 Jun 1;175:67-76.

Ramaekers JG, Kauert G, Theunissen EL, Toennes SW, Moeller MR. Neurocognitive performance during acute THC intoxication in heavy and occasional cannabis users. J Psychopharmacol. 2009 May;23(3):266-77.

Ranganathan M, D'Souza DC. The acute effects of cannabinoids on memory in humans: a review. Psychopharmacology (Berl). 2006 Nov;188(4):425-44.

Schoeler T, Bhattacharyya S. The effect of cannabis use on memory function: an update. Subst Abuse Rehabil. 2013 Jan 23;4:11-27.

Wetherill RR, Fromme K. Alcohol-Induced Blackouts: A Review of Recent Clinical Research with Practical Implications and Recommendations for Future Studies. Alcohol Clin Exp Res. 2016 May;40(5):922-35.

Unsworn Statement of Dr. Margaret Gedde, MD, PhD

1.    In support of the expert witness report attached as an exhibit to the preliminary injunction, I declare that the opinions in this report are my independent expert opinion and that I will testify to such under oath, should I be deposed in this matter.

2.    For development of this report, including but not limited to consultation, research, and writing, I billed $ 9,480 .

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 20, 2026.

_____

Dr. Margaret Gedde, MD, PhD