# Exhibit 18

# Rutgers University's Transcript Notation Policy

Case 1:25-cv-03866-UNA　　Document 9-18　　Filed 03/29/26　　Page 2 of 3



RUTGERS–NEW BRUNSWICK
**Student Affairs**

(/)

## Student Conduct (/)

Donate (https://studentaffairs.rutgers.edu/support-students/donate-to-student-affairs)

Home (/) > Frequently Asked Questions

**FAQs** Menu

# Frequently Asked Questions



## Questions from Accused Students

**Q. What penalty will I get if I violate University policy?**

**Q. Will my family find out?**

**Q. Will the disciplinary charges appear on my transcript?**

**A.** If you are suspended or expelled, that sanction will be noted on your transcript. A suspension is noted only during the suspension period; once the suspension has been served, the notation will be removed from your transcript. Expulsions are permanently noted on the transcript (except in cases where clemency has been granted).

Transcript notations indicate only the sanction; there is no detailed information about the complaint or the charges.

The Office of Student Conduct maintains a student conduct record that is separate from your transcript. All information about your disciplinary case is contained in this record. This information is considered part of your educational records and, in most cases, cannot be released to outside parties without your permission.

The record maintained by the Office of Student Conduct is automatically destroyed ten years after the final resolution of your case (except in the case of expulsion; expulsion records are retained permanently). See Conduct Records and Transcripts (/records-transcripts) for more information.

**Q. What happens if I'm charged with a policy violation that's also a criminal or civil offense?**

**Q: Do I need a lawyer?**

**Q: What is an Interim Suspension?**

# Questions from Complainants

**Q. How do I file a complaint?**

**Q. What happens after I file a complaint?**

**Q. What do I have to do as the complainant?**

**Q. I want to report a possible violation, but I don't want to act as the complainant. What will happen?**