**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHN DOE, <br><br> *Plaintiff*, <br><br> v. <br><br> AMERICAN UNIVERSITY <br> Office of General Counsel <br> 4400 Massachusetts Ave NW <br> Washington, DC 20016, <br><br> *Defendant.* | Civil Action No. 25-cv-03866 |

**NOTICE OF APPEARANCE – TIMOTHY D. INTELISANO**

Please enter the appearance of Timothy D. Intelisano on behalf of Defendant American University in the above-referenced matter.

Please direct copies of all filings and materials in this matter to his attention.


Dated: March 31, 2026

/s/*Timothy D. Intelisano*
Timothy D. Intelisano (D.C. Bar. No. 90033254)
Saul Ewing LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
(202) 342-3447 – Tel
(202) 337-6065 - Fax
timothy.intelisano@saul.com

1

## CERTIFICATE OF SERVICE

I certify that on this 31st day of March 2026, I have electronically filed the foregoing **NOTICE OF APPEARANCE – TIMOTHY D. INTELISANO** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications.  I further certify that *Pro Se* Plaintiff John Doe received a copy of the foregoing via e-mail.

Dated: March 31, 2026                    */s/Timothy D. Intelisano*
                                         Timothy D. Intelisano

                                         *Defendant American University*

2