**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHN DOE, | |
| *Plaintiff,* | Civil Action No. 25-cv-03866 |
| v. | |
| AMERICAN UNIVERSITY<br>Office of General Counsel<br>4400 Massachusetts Ave NW<br>Washington, DC 20016, | |
| *Defendant.* | |

**DEFENDANT AMERICAN UNIVERSITY'S CONSENT MOTION FOR AN
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION**

Defendant American University (the "University"), by and through undersigned counsel, hereby moves the Court to extend the University's time to respond to Plaintiff John Doe ("Plaintiff")'s Motion for Preliminary Injunction. In support of the motion, the University states as follows:

1.     On November 5, 2025, Plaintiff initiated the above-captioned case. (ECF No. 1.)

2.     That same day, Plaintiff filed a motion to proceed under a pseudonym. (ECF No. 2.)

3.     Plaintiff did not effectuate service of his complaint.

4.     On March 10, 2026, the University agreed to waive service. (ECF No. 6.) The University's deadline to file a responsive pleading is May 4, 2026.

5.     On March 29, 2026, Plaintiff filed a Motion for Preliminary Injunction, a Memorandum in Support of the Motion, as well as supporting exhibits. (ECF Nos. 9 through 9-20.)

6.      Pursuant to Local Civil Rule 65.1(c), the University's deadline to respond to Plaintiff's Motion for Preliminary Injunction is April 6, 2026.

7.      The University requests an additional fourteen (14) days to respond to Plaintiff's Motion, which would make the University's deadline to respond April 20, 2026.

8.      The University seeks this extension in good faith, and as this case has been on the docket since November 2025, a fourteen day extension will not cause undue delay.  Undersigned counsel has several competing case deadlines, required work travel, and familial obligations in the next week.

9.      Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff. Plaintiff consents to this extension.

/s/*Timothy D. Intelisano*
Timothy D. Intelisano (D.C. Bar. No. 90033254)
Saul Ewing LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 342-3447
timothy.intelisano@saul.com

James A. Keller (*Pro Hac Vice* forthcoming)
Saul Ewing LLP
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel: (215) 972-7777
james.keller@saul.com

*Attorneys for Defendant American University*

2

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 31st day of March 2026, I have electronically filed the foregoing **DEFENDANT AMERICAN UNIVERSITY'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, AND A PROPOSED ORDER** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications.  I further certify that *Pro Se* Plaintiff John Doe received a copy of the foregoing via e-mail.

Dated: March 31, 2026          *<u>/s/Timothy D. Intelisano</u>*
Timothy D. Intelisano

*Defendant American University*

3