**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE,<br><br>       *Plaintiff*,<br><br>   v.<br><br>AMERICAN UNIVERSITY<br>Office of General Counsel<br>4400 Massachusetts Ave NW<br>Washington, DC 20016,<br><br>       *Defendant.* | Civil Action No. 25-cv-03866 |

## AMERICAN UNIVERSITY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, Defendant American University hereby certifies that the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of American University which have any outstanding securities in the hands of the public:  None.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: March 31, 2026

                                     /s/*Timothy D. Intelisano*
Timothy D. Intelisano (D.C. Bar. No. 90033254)
Saul Ewing LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
(202) 333-8800 – Tel
(202) 337-6065 - Fax
timothy.intelisano@saul.com

1

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of March 2026, I have electronically filed the foregoing **AMERICAN UNIVERSITY'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications.  I further certify that *Pro Se* Plaintiff John Doe received a copy of the foregoing via e-mail.

Dated: March 31, 2026              */s/Timothy D. Intelisano*
                                   Timothy D. Intelisano

                                   *Defendant American University*