## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE,<br><br>       *Plaintiff*,<br><br>   v.<br><br>AMERICAN UNIVERSITY,<br><br>       *Defendant.* | Civil Action No. 25-cv-03866-ACR |

### MOTION FOR ADMISSION PRO HAC VICE – JAMES A. KELLER

I, Timothy D. Intelisano, Esq., am a member in good standing of the bar of this Court.

I am moving for admission of James A. Keller, Esq. to appear pro hac vice in this case as counsel for Defendant, American University.

We certify that:

1.     The proposed admittee is a member of the Washington D.C. bar and does not maintain any law office in Washington D.C.

2.     The proposed admittee is a member in good standing of the bars of the State Courts and/or United States Courts as listed on his declaration.

3.     The proposed admittee was previously admitted pro hac vice in this Court on March 16, 2018 in the matter of *Doe v. George Washington University*, Case No. 1:18-cv-00553-RMC and on March 31, 2026 in the matter *Estrada v. American University, et al.,* Case No. 1:26-cv-00603-ABJ.

4.     The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5.      The proposed admittee is familiar with the Washington D.C. Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

6.      The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7.      The undersigned movant is a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

8.      We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Dated: April 6, 2026                    Respectfully submitted,

**SAUL EWING LLP**

*/s/ Timothy D. Intelisano*
Timothy D. Intelisano (D.C. Bar. No. 90033254)
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel:    (202) 333-8800
Fax:    (202) 337-6065
timothy.intelisano@saul.com

James A. Keller (*Pro Hac Vice* pending)
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel:    (215) 972-7777
Fax:    (215) 972-7725
james.keller@saul.com

*Defendant American University*

2