# Attachment

# Certificate of Good Standing – James A. Keller



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *James Andrew Keller, Esq.*

### DATE OF ADMISSION

### *January 2, 1997*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  March 27, 2026**

Amy Dreibelbis, Esq.
Deputy Prothonotary