## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>

JOHN DOE,

        *Plaintiff*,

    v.

AMERICAN UNIVERSITY,

        *Defendant.*

</td><td>

Civil Action No. 25-cv-03866-ACR

</td></tr>
</table>

### [PROPOSED] ORDER

Upon consideration of the Motion for Admission Pro Hac Vice of James A. Keller, and the supporting declaration, it is hereby:

**ORDERED** that said Motion is **GRANTED**; and it is further

**ORDERED** that James A. Keller may appear and practice in this Court in the above-captioned case as counsel for Defendant American University.

SO ORDERED this _____ day of April, 2026.

 

_____
The Honorable Ana C. Reyes, Judge
United States District Judge

**COPIES TO:**

James A. Keller
Saul Ewing LLP
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
james.keller@saul.com

Timothy D. Intelisano
Saul Ewing LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
timothy.intelisano@saul.com

*Attorneys for Defendant American University*

John Doe
Address Withheld
*Plaintiff – Pro Se*

3