## <u>CERTIFICATE OF SERVICE</u>

      I certify that on this 6th day of April 2026, I have electronically filed the foregoing **MOTION FOR ADMISSION PRO HAC VICE – JAMES A. KELLER** with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications.

Dated: April 6, 2026                  */s/Timothy Intelisano*
                                  Timothy D. Intelisano

                                  *Defendant American University*

4