**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHN DOE, | |
| *Plaintiff*, | Civil Action No. 25-cv-03866-ACR |
| v. | |
| AMERICAN UNIVERSITY, | |
| *Defendant.* | |

**NOTICE OF APPEARANCE – JAMES A. KELLER**

Please enter the appearance of James A. Keller on behalf of Defendant American University in the above-referenced matter.

Please direct copies of all filings and materials in this matter to his attention.

Respectfully submitted,

**SAUL EWING LLP**

April 13, 2026

*/s/ James A. Keller*
James A. Keller (Admitted *Pro Hac Vice*)
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel:    (215) 972-7777
Fax:    (215) 972-7725
james.keller@saul.com

Timothy D. Intelisano (D.C. Bar. No. 90033254)
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel:    (202) 333-8800
Fax:    (202) 337-6065
timothy.intelisano@saul.com

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 13th day of April 2026, I have electronically filed the foregoing **NOTICE OF APPEARANCE – JAMES A. KELLER** with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications

Dated: April 13, 2026

*/s/James A. Keller*
James A. Keller

*Defendant American University*

2

57680181.1