John Doe
Address Withheld
Phone Number Withheld
Email Withheld
Plaintiff <u>Pro Se</u>

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF COLUMBIA**

John Doe,

   Plaintiff,

vs.

American University,

   Defendant

Case No.: 1:25-cv-03866-ACR

MOTION FOR LEAVE TO AMEND
PLAINTIFF'S MOTION FOR A
PRELIMINARY INJUNCTION

Defendant Address
4400 Massachusetts Ave NW
Washington, D.C. 20016

**Table of Exhibits**

Exhibit 1 – Redlined Amended Motion for a Preliminary Injunction

Exhibit 2 – Amended Motion for a Preliminary Injunction

Exhibit 3 – Redlined Amended Proposed Order Granting Motion for a Preliminary Injunction

Exhibit 4 – Amended Proposed Order Granting Motion for a Preliminary Injunction

Exhibit 5 – Redlined Amended Memorandum in Support of Plaintiff's Motion

Exhibit 6 – Amended Memorandum in Support of Plaintiff's Motion

Exhibit 7 – Exhibit 1 to Preliminary Injunction (Unchanged)

Exhibit 8 – Exhibit 2 to Preliminary Injunction (Unchanged)

Exhibit 9 – Exhibit 3 to Preliminary Injunction (Unchanged)

Exhibit 10 – Exhibit 4 to Preliminary Injunction (Unchanged)

Exhibit 11 – Exhibit 5 to Preliminary Injunction (Unchanged)

Exhibit 12 – Exhibit 6 to Preliminary Injunction (Unchanged)

RECEIVED

APR 13 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Exhibit 13 – Exhibit 7 to Preliminary Injunction (Unchanged)

Exhibit 14 – Exhibit 8 to Preliminary Injunction (Unchanged)

Exhibit 15 – Exhibit 9 to Preliminary Injunction (Unchanged)

Exhibit 16 – Exhibit 10 to Preliminary Injunction (Unchanged)

Exhibit 17 – Exhibit 11 to Preliminary Injunction (Unchanged)

Exhibit 18 – Exhibit 12 to Preliminary Injunction (Unchanged)

Exhibit 19 – Exhibit 13 to Preliminary Injunction (Unchanged)

Exhibit 20 – Exhibit 14 to Preliminary Injunction (Unchanged)

Exhibit 21 – Exhibit 15 to Preliminary Injunction (Unchanged)

Exhibit 22 – Exhibit 16 to Preliminary Injunction (Unchanged)

Exhibit 23 – Exhibit 17 to Preliminary Injunction (Unchanged)

**Supporting Points and Authorities**

1. Plaintiff seeks leave to amend his Motion for Preliminary Injunction (Redlined as Exhibit 1, Amended Motion as Exhibit 2), the subsequent proposed order (Redlined as Exhibit 3, Amended Proposed Order as Exhibit 4), supporting memorandum (Redlined as Exhibit 5, Amended Proposed Order as Exhibit 6) and to remove Exhibit 18, Rutgers' Transcript Notation Policy. He requests leave to amend given new information.

2. On March 29, 2026, Plaintiff moved for a preliminary injunction, asking the Court to enjoin the Defendant from disclosing Plaintiff's suspension and to stop an ongoing accusation of lying against him (ECF No. 9). Plaintiff requested this relief because he believed that "The university that [he] wish[es] to transfer to requires people with disciplinary notations on their transcripts submit letters of good standing and write disciplinary supplemental

statements to see if they will be admitted." See ECF No. 9-1 at ¶14.  That statement is true and based off his best interpretation of the information he had at that time.

3. However, late in the evening on April 5, 2026, Plaintiff found out that the university of his choice requires applicants to disclose past suspensions during the application process, not through notations on the transcript.  Plaintiff was unaware of this until that time because the application process spans multiple forms and he did not see any area to note a suspension until the aforementioned evening.  On April 6, Plaintiff notified Opposing Counsel and proposed a motion.

4.  Given this information, the Court does not need to consider Plaintiff's request to have his transcript cleared of any notations because it will no longer provide any meaningful and concrete relief.

5. In order to ensure that the Defendant is not prejudiced, they request that the Defendant be given 14 days to respond, instead of the normal seven (7) days under Local Rule 65.1, after the motion is docketed, so that they have sufficient time.  This extension reflects the consent motion for extra time that was sought and granted under the previous motion (Dkt. No. 12 and No. 14, respectively).  Additionally, none of Plaintiff's arguments are changing since the underlying facts are intertwined.  Plaintiff still intends to show that he did not have an adequate time to appeal, and that procedural and bias elements impacted the outcome, making that appeal crucial in overturning the finding of not responsible in his complaint against Ms. Roe.  Only one exhibit is being removed since it is no longer necessary.

6. Plaintiff's proposed amendments will decrease the workload on the judiciary as narrowing the requested relief leaves less to consider. Plaintiff and Counsel for the Defendant have conferred and there is no opposition to this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2026.


*John Doe*
John Doe, Plaintiff Pro Per

**Certificate of Service**

I hereby certify that on April 13, 2026, a copy of this Motion for a Preliminary Injunction, including all exhibits in this motion, and its proposed order was served by email upon the following counsel who have been retained to represent American University in this matter:

James A. Keller

1735 Market Street, 36th Floor

Philadelphia, PA 19103

James.keller@saul.com

Timothy Intelisano

1919 Pennsylvania Ave., NW, Suite 550

Washington, DC 20006

Timothy.intelisano@saul.com

*John Doe*
John Doe, Plaintiff Pro Per