John Doe
Address Withheld
Phone Number Withheld
Email Withheld
Plaintiff Pro Se

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF COLUMBIA**

John Doe,

          Plaintiff,

vs.

American University,

          Defendant

Case No.: 1:25-cv-03866-ACR

MOTION FOR A PRELIMINARY INJUNCTION

Defendant Address
4400 Massachusetts Ave NW
Washington, D.C. 20016

Pursuant to Fed. R. Civ. P. 65, Plaintiff moves for an order enjoining the University from bringing any student conduct charges stemming from either of the underlying Title IX complaints in this matter. Plaintiff has finished his suspension and wishes to transfer to another college to complete his education; however, the addition of the conduct charges against Plaintiff means that he cannot apply to transfer to the college of his choice because he is not in good standing with the University. Plaintiff, at this time, is not asking for the entire outcome to be overturned. He is only asking that the Court prevent the University from stopping him from completing his education elsewhere. Plaintiff continues to suffer mentally, emotionally, and from lost opportunity due to the University's effective global ban on him completing his education. In comparison, the University will suffer no harm given that the underlying suspension is completed. As explained in the supporting memorandum, Plaintiff is likely to succeed on at least three counts; two breaches of the Title IX policy, and one count of sex discrimination which caused an erroneous outcome on the determination of credibility. Should

RECEIVED

APR 13 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

the injunction not be granted, Plaintiff will continue to suffer irreparable harm. Plaintiff and Counsel for the University have conferred and were unable to resolve this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 13, 2026.

*John Doe*

John Doe, Plaintiff Pro Per

**<u>Certificate of Service</u>**

I hereby certify that on April 13, 2026, a copy of this Motion for a Preliminary Injunction, including all exhibits in this motion, and its proposed order was served by email upon the following counsel who have been retained to represent American University in this matter: James A. Keller

1735 Market Street, 36th Floor

Philadelphia, PA 19103

James.keller@saul.com

Timothy Intelisano

1919 Pennsylvania Ave., NW, Suite 550

Washington, DC 20006

Timothy.intelisano@saul.com

*John Doe*
John Doe, Plaintiff <u>Pro Per</u>