John Doe
Address Withheld
Phone Number Withheld
Email Withheld
Plaintiff Pro Se

# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF COLUMBIA

John Doe,

            Plaintiff,

vs.

American University,

            Defendant

Case No.: 1:25-cv-03866-UNA

[PROPOSED] ORDER GRANTING PLAINTIFF'S PRELIMINARY INJUNCTION

Defendant Address
4400 Massachusetts Ave NW
Washington, D.C. 20016

## Proposed Order

Having read Plaintiff's motion, the Court finds good cause to use its discretion under Fed. R. Civ. P. 65. It is hereby:

ORDERED that Plaintiff's motion is GRANTED. ~~The Defendant is prohibited from disclosing Mr. Doe's suspension, outside of this case, in any manner, including on his transcript, student records, or in communications with other educational institutions.~~ Defendant is ~~additionally~~ ordered to stop all other disciplinary proceedings against Plaintiff that stem from the underlying Title IX complaints and is prohibited from bringing any future cases unless allowed by this Court.

SO ORDERED.

Date: _____

_____

Judge