# Exhibit 1

# Declaration of John Doe

John Doe
Address Withheld
Phone Number Withheld
Email Withheld
Plaintiff <u>Pro Se</u>

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

John Doe,

          Plaintiff,

vs.

American University,

          Defendant

Case No.: 1:25-cv-03866-UNA

DECLARATION OF JOHN DOE

Defendant Address
4400 Massachusetts Ave NW
Washington, D.C. 20016

**<u>Declaration of John Doe</u>**

I, John Doe, hereby declare as follows:

1. I am John Doe in the above-captioned matter.

2. In January 2023, my claims against Ms. Roe formally began with the issuance of a Notice of Allegations by the University. About a month later, Ms. Roe responded by having a Notice of Allegations issued against me. I brought claims of rape and dating violence, Ms. Roe brought a claim of rape. Both claims of rape originated from the same night, in late 2021 ("the Night").

3. In my memory of the Night, Ms. Roe took THC at around 9:30 p.m., we discussed boundaries for that night after she rejected doing an act of oral sex, we got into bed at around 10 p.m. There was a lot of kissing, cuddling, and petting for the next couple of hours. Towards the end of the night, at about 11:30 p.m., she told me to take off my pants and underwear and took off her own pants. We went back to kissing, and she told me to

have sex with her. I rejected due to her previous state of intoxication and went back to kissing to avoid the situation altogether. She then proceeded to put my penis inside of her, which I promptly pulled out. She then put it back inside of her vagina, and this time locked her arms and legs around me so I could not escape. She was demanding that I have sex with her. I did so and it was very painful due to something sharp inside of her, most likely her IUD strings. Every time I stopped, she kept telling me to continue while not letting go. Eventually, once I finished, she let me go and directed me to the washcloths to help her clean up. Shortly thereafter, I left the room.

4. The investigative process took place until a preliminary report was issued in mid-July 2023. During that investigative process, I submitted a list of relevant fact witnesses and pieces of evidence. Not all of those witnesses were interviewed. At least one student said that one of those witnesses had said a story that contradicts Ms. Roe's story

5. During that investigation, the university investigator made me listen to audio recordings in April 2023. I was not aware that they existed beforehand, nor was I allowed to listen to them beforehand. I was only allowed to listen to them once during the investigative interview. I was asked for my comments on it. During that interview, I was struggling to stay conscious, I was having difficulty: lifting my head off the table, forming complete sentences, breathing, and my vision was going black from the edges. I can recall very little of the actual details of the recordings. I do remember that at some point I made a statement acknowledging that digital penetration could have occurred. I know I originally thought it could not have happened due to Ms. Roe's constant touching of my penis through my pants on the Night, which meant that her arm would have blocked any

penetration. I do not remember what was presented in that audio recording to make me change my statement.

6. Moving to the preliminary investigative report, there were several problems. The investigator characterized my statements as admitting to digital penetration, not simply allowing for its possibility. This was fixed in the final report.

7. The audio recording, for the duration of the formal complaint process, was not available to me. Instead of an actual audio file, there was simply a PDF file of the email that Ms. Roe sent to the Investigator. While there was blue text in it, seemingly indicating a hyperlink, it was inaccessible to me.

8. I do remember important parts of Ms. Roe's statements. I remember that she did not indicate what the concentration of her THC was. I remember that Ms. Roe stated that she was not incapacitated some time after inhaling THC and then I do not remember her ever saying that she was incapacitated in her actual interview. I remember that she agreed we spent most of the night in bed after she inhaled THC. I remember that Ms. Roe used the words "blacking out," in varying tenses, to describe what happened to her memory. I remember that she said that she did not remember sex due to blacking out in her original interview. I do not remember her ever saying anything indicating that I put my penis inside of her during her interviews with the investigator.

9. I remember, that within the first few sentences of her response to my allegations, she stated that she did not "force" my penis inside of her, that she did not say any of the things that I heard her say, and that she did not see me "hesitate." I do not remember any instance of the investigator asking Ms. Roe if I had consented. I do not remember Ms.

Roe stating how she alleged to have become more intoxicated later in the evening or when she alleged to be incapacitated.

10. Ms. Roe and I used Snapchat messaging as our primary method of communication. One aspect of the app is that messages delete after 24 hours unless saved. There were multiple occasions where Ms. Roe let her half of the conversation be deleted to take my claims out of context, especially during late 2021. I do not remember Ms. Roe being questioned about this in the investigation, despite alerting the investigator about it.

11. Throughout Ms. Roe's and my relationship, the Night was not the only sexual experience that I found troublesome. Throughout the Title IX process, I had not been allowed to discuss it. However, multiple individuals, including in the live hearing, referred to a story where I felt coerced. That matched the story that I gave the investigator originally, when she was identifying which charges to bring in the formal complaint. I was not allowed to discuss it when I asked during the live hearing.

12. The decision was handed down in November 2023, at which point I got an attorney who was also going to be my advisor, Mr. Christopher Muha. When I was trying to get him registered as my advisor, the then-Title IX Coordinator, Ms. Leslie Annexstein, repeatedly denied us access to the evidence until November 27, 2023. Only then did I get an email with a link to access the evidence. Priority was given to the sanctioning statement over writing an appeal.

13. I was sanctioned with a three-semester suspension and my appeal on the findings against me was denied. Almost a month after the appeal was denied. The University accused me of lying. I have been trying to get this accusation lifted through negotiations with the

University and an ongoing federal civil rights investigation but have to this point been unsuccessful.

14. The university that I wish to transfer to requires people with disciplinary notations on their transcripts submit letters of good standing and write disciplinary supplemental statements to see if they will be admitted.

15. The suspension and subsequent delays in my life have caused great harm to me. I've only told maybe a dozen people about what has happened to me. The rest I have to give a vague statement to or try and avoid altogether. I don't like being around extended family or making new friends because they might ask such a general question like "when are you going back to school" or "what are you studying?" I can't even say that I am just taking a break because I don't know when I will be allowed to continue my studies.

16. Attached as Exhibit 2 to John Doe's Motion for a Preliminary Injunction is a true and correct redacted copy of Sections III-V of the Roe-Doe Written Determination Issued by the University. An accompanying unredacted copy is filed under seal.

17. Attached as Exhibit 3 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of a toxicology report prepared by Dr. Margaret Gedde, MD, PhD.

18. Attached as Exhibit 4 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of Dr. Margaret Gedde's curriculum vitae.

19. Attached as Exhibit 5 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of an article "Students walk out to protest University's response to sexual violence" (https://www.theeagleonline.com/article/2022/11/students-walk-out-to-protest-universitys-response-to-sexual-violence) as it existed on March 11, 2026.

20. Attached as Exhibit 6 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of an article "Change Can't Wait: Students Protest Sexual Violence at American University" (https://www.thenation.com/article/activism/american-university-walkout-sexual-assault-dorm-break-in/) as it existed on March 11, 2026.

21. Attached as Exhibit 7 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of an article "American University boosts patrols after report of sexual assault in dorm" (https://www.washingtonpost.com/education/2022/11/02/american-university-sexual-assault-investigation/) as it existed on March 11, 2026.

22. Attached as Exhibit 8 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of an article "Students hold second protest for University response to sexual violence" (https://www.theeagleonline.com/article/2023/03/students-hold-second-protest-for-university-response-to-sexual-violence) as it existed on March 11, 2026.

23. Attached as Exhibit 9 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of an article "Undergraduate Senate passes sexual assault survivors' bill of rights" (https://www.theeagleonline.com/article/2023/03/undergraduate-senate-passes-sexual-assault-survivors-bill-of-rights) as it existed on March 11, 2026.

24. Attached as Exhibit 10 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of an article "Student Government and Office of Equity and Title IX host open forum" (https://www.theeagleonline.com/article/2023/11/student-government-and-office-of-equity-and-title-ix-host-open-forum) as it existed on March 11, 2026.

25. Attached as Exhibit 11 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of an article "Students stage anniversary protest against University inaction on sexual violence" (https://www.theeagleonline.com/article/2023/11/students-stage-

anniversary-protest-against-university-inaction-on-sexual-violence) as it existed on March 11, 2026.

26. Attached as Exhibit 12 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of an article "Opinion: One year later: Survivors are still waiting" (https://www.theeagleonline.com/article/2023/12/opinion-one-year-later-survivors-are-still-waiting) as it existed on March 11, 2026.

27. Attached as Exhibit 13 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of an article "Students say experiences with American University's Office of Equity & Title IX exposes severe flaws" (https://www.theeagleonline.com/article/2024/11/student-say-experiences-with-american-universitys-office-of-equity-title-ix-exposes-severe-flaws) as it existed on March 11, 2026.

28. Attached as Exhibit 14 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of excerpts from the American University Title IX Sexual Harassment Policy, Revision 10/26/2021, as it existed in April 2024.

29. Attached as Exhibit 15 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of emails sent between himself, Ms. Laura Buchs, and Ms. Katie Porras as they existed on August 3, 2025.

30. Attached as Exhibit 16 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of emails sent between himself, Ms. Leslie Annexstein, and Mr. Chris Muha as they existed on April 6, 2025.

31. Attached as Exhibit 17 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of emails sent between himself and Ms. Leslie Annexstein as they existed on April 6, 2025.

32. Attached as Exhibit 18 to John Doe's Motion for a Preliminary Injunction is a true and correct copy of Rutgers University's policy on notation of transcript due to student conduct (https://studentconduct.rutgers.edu/faqs) as it existed on March 17, 2026.

I declare, under penalty of perjury, that the foregoing is true and is based on personal knowledge.

DATED: March 27, 2026

John Doe, Plaintiff Pro Per