# EXHIBIT 14

# Relevant Parts of "the Policy"

1. **Equitable Opportunities.**    During the formal resolution proceedings, both the Complainant and the Respondent are provided equitable opportunities, including the opportunity to participate in the investigation; to review and present information and evidence; to be accompanied by an advisor of their choice to any meeting and proceeding; and to timely notice of meetings at which their presence will be requested or required.

6.    **Hearing Panel.**  The Title IX Coordinator or designee will select a Hearing Panel comprised of three (3) faculty and staff members.  The Hearing Panel must be impartial and free from bias or conflict of interest.  If a member of the Hearing Panel has a concern that they cannot conduct a fair or unbiased review, they may report those concerns directly to the Title IX Coordinator or designee and a different Hearing Panelist will be assigned.  The members of the Hearing Panel will receive annual training regarding the University's policies and procedures; the handling of Title IX Sexual Harassment cases; how to conduct a hearing; issues of relevance, including when questions and evidence about the Complainant's sexual predisposition or prior sexual behavior are not relevant; how to serve impartially by, among other things, avoiding prejudgment of the facts at issue, conflicts of interest, and bias; and other relevant issues. The Hearing Panel members will also be trained on any technology that might be used during a hearing.

7.  **Appeal Decision.**  Appeals will be decided based on a review of the underlying record of the investigation and hearing, the appealing party's written appeal statement, any response to that statement by the other party. All written materials considered by the appropriate university administrator will be subject to inspection by the appealing party/parties.  The appropriate university administrator or designee may affirm or modify the findings and sanctions or may remand the case for further consideration.  Decisions rendered by the appropriate university administrator or designee are final.

    N.     FALSE OR FRIVOLOUS CHARGES

26

       The University encourages good faith reporting of violations of this Policy. This Policy shall not be used to bring false or frivolous charges against students, faculty, or staff. Those bringing such charges may be subject to disciplinary action. Failure to prove a complaint, does not itself constitute a false or frivolous complaint.