# EXHIBIT 15

# Emails with Then-Interim Title IX Coordinator Ms. Laura Buchs

 Gmail          Mr. Doe     Mr. Doe's Email

## Request for withdrawal of OSARP complaint

Mr. Doe    Mr. Doe's Email                          Wed, Jul 16, 2025 at 3:26 PM
To: Laura Buchs <lbuchs@american.edu>
Cc: Katie Porras <porras@american.edu>

Dear Ms. Buchs,

I am extremely disappointed to see that you are willfully ignoring evidence of wrongdoing within your office. It speaks volumes that you are evading the issue of OETIX hiding evidence during that appeal stage. Please tell me if it is the University's opinion that between Decision Date , 2023 and November 27, 2023 that they had shared all the evidence in the Box with me.

Additionally, your statement about filing this conduct complaint after the case implies it was done in a normal and prompt manner. The filing was made far outside the time period of 30 days as prescribed by the Student Code of Conduct. Additionally, a referral was only made after I requested a tuition refund because Ms. Annexstein made promises about the appeal review timeline that were false. There is no logical conclusion for good faith reporting in this instance. I can only conclude that this was intended as retaliation for pointing that Ms. Annexstein made promises that she should not have.

Given your evasive nature, the reports in late 2024 of OETIX effectively telling other male complainants that they are lying about being sexually assaulted, and the egregious discrimination that occurred during the formal complaint process, I can only conclude that the University is intentionally denying me my rights as protected by local and federal laws.

Any further information can be found in Ms. Annexstein's emails with myself and Chris Muha during the aforementioned time period.

Sincerely,
Mr. Doe

On Wed, Jul 16, 2025 at 2:54 PM Laura Buchs <lbuchs@american.edu> wrote:

Dear Mr. Doe ,

The Written Determination for the case in which you were the complainant was sent to your American University email address on Decision Date , 2023. The final section (section 7) of the Written Determination covers your right to appeal, the bases for an appeal, and the procedures to do so. You were also notified using your AU email address on November 29, 2023, that the appeal period had ended and no appeal had been filed. The case was closed on November 29, 2023. The referral to OSARP happened after the closure of the Title IX case.

I am copying Katie Porras on this communication should she need any additional information from our office. Thank you.

Sincerely,

Laura L. Buchs (she/her)

Director for Equity & Interim Title IX Coordinator





202.885.8081 | equityoffice@american.edu

Make a Report: https://american.guardianconduct.com/incident-reporting

**From:** Mr. Doe   Mr. Doe's Email
**Sent:** Monday, June 30, 2025 10:07 AM
**To:** Laura Buchs <lbuchs@american.edu>
**Subject:** Request for withdrawal of OSARP complaint

**EXTERNAL EMAIL:** Use caution with links and attachments.

Dear Ms. Buchs,

I am writing to you to try and resolve a matter that was initiated by Ms. Annexstein back in 2024. From January 2023 until February 2024, I was a complainant-respondent in a formal Title IX complaint. Strangely, in March 2024, OETIX accused me of lying.

I say strangely because I never actually got to appeal the findings of not responsible for the outcomes in which I was the complainant. Ms. Annexstein, between Decision Date 2023 and 11/27/2023, repeatedly denied me access to the evidence and to have an advisor, only relenting when my attorney reached out to Ms. Byrd. I believe either on the 28th or 29th the complaint against Ms. Roe Ms. Roe was closed.

After discussing with Ms. Porras and providing her with evidence that an appeal would have probably succeeded, she encouraged me to take up any procedural issues with OETIX. I am asking you to withdraw the complaint from OSARP. It would be unfair to effectively substitute a qualified and trained appeal reviewer for a Student Conduct Hearing Panel, the members of which would not be qualified and trained in this matter.

Additionally, there are significant sex discrimination concerns. Not only did Ms. Annexstein protect Ms. Roe by interfering with the appellate period, she, or another OETIX employee, submitted a complaint which originates from a report and findings that were created in a discriminatory manner. The DC Human Rights Act and federal law specifically prohibit discrimination even if it is only partially responsible for denying access to education.

Please let me know what else you need for your consideration.

Thanks,

Mr. Doe

Formerly Mr. Doe's Student ID