John Doe
Address Withheld
Phone Number Withheld
Email Withheld
Plaintiff <u>Pro Se</u>

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| John Doe,<br><br>        Plaintiff,<br><br>vs.<br><br>American University,<br><br>        Defendant | Case No.: 1:25-cv-03866-ACR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS MOTION FOR A PRELIMINARY INJUNCTION |

Defendant Address
4400 Massachusetts Ave NW
Washington, D.C. 20016

**<u>Proposed Order</u>**

Having read Plaintiff's motion, the Court finds good cause to use its discretion under Fed. R. Civ. P. 15.  It is hereby:

ORDERED that Plaintiff's motion is GRANTED.  The amended motion, amended proposed order, and amended memorandum (Exhibits 2, 4, and 6, respectively) shall supersede the originals, filed as ECF No. 9, 9-20, and 9-19, respectively.  Exhibits 7-23 shall supersede the supporting exhibits attached to ECF No. 9.

ORDERED that Defendant's opposition to Plaintiff's Motion for a Preliminary Injunction shall be due 14 days after the amended motion is docketed.

SO ORDERED.

Date: _____

_____

The Honorable Ana C. Reyes

Judge for the U.S. District Court for the District of Columbia