John Doe
Address Withheld
Phone Number Withheld
Email Withheld
Plaintiff Pro Se

## IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF COLUMBIA

John Doe,

        Plaintiff,

vs.

American University,

        Defendant

Case No.: 1:25-cv-03866-ACR

[PROPOSED] ORDER GRANTING PLAINTIFF'S PRELIMINARY INJUNCTION

Defendant Address
4400 Massachusetts Ave NW
Washington, D.C. 20016

### Proposed Order

Having read Plaintiff's motion, the Court finds good cause to use its discretion under Fed. R. Civ. P. 65.  It is hereby:

ORDERED that Plaintiff's motion is GRANTED.  Defendant is ordered to stop all other disciplinary proceedings against Plaintiff that stem from the underlying Title IX complaints and is prohibited from bringing any future cases unless allowed by this Court.

SO ORDERED.

Date: _____

_____

The Honorable Ana C. Reyes

Judge for the U.S. District Court for the District of Columbia