# Exhibit 4

# Curriculum Vitae of Dr. Margaret Gedde

# Margaret M. Gedde, MD, PhD, DABPath
## Gedde Whole Health LLC
6266 Autumn Leaf Drive, Fredericksburg, VA 22407-7205
Cell Phone & Text: 719-239-0643
Email: mgedde@geddewholehealth.com

## Degrees, Certificates, Licenses

| | | |
|---|---|---|
| 1981 | B.A. | Barnard College, Columbia University (Biochemistry) Cum Laude |
| 1993 | M.D. | Stanford University School of Medicine |
| 1993 | Ph.D. | Stanford University Department of Chemistry (Biophysical Chemistry) |

1997 — Board Certification, Clinical Pathology, American Board of Pathology

2003–2006 — Medical Licensure: Hawaii
2004–Active — Medical Licensure: Colorado
2023–Active — Medical Licensure: Virginia

## Areas of Expertise

Forensic toxicology interpretation of tests for cannabinoids, alcohol, methamphetamine, benzodiazepines, opiates, cocaine, phencyclidine, and other substances in blood, urine, oral fluid, and hair, including postmortem samples. Cannabinoid pharmacokinetics. Marijuana driving impairment. Cannabinoid medicine. Cannabinoids and epilepsy. Clinical risk assessment. Medical cannabis. Expert witness testimony.

## Current and Previous Positions

2020–Current **Expert Witness Service**
Expert Witness, Gedde Whole Health, LLC
Contract expert witness for legal cases involving forensic toxicology testing

Consulting and testifying services for cases involving forensic toxicology testing and cases involving cannabis. I have been retained for criminal, civil, employment, parental, regulatory, and patent cases.

When requested, I prepare expert opinion reports and testify at depositions, hearings, and trials to provide triers of fact with a clear understanding of complex issues and assist them in deciding difficult questions. I have special expertise in THC DUI cases with blood cannabinoid testing panels.

Since 2015, I have provided expert witness services for **83** cases and have testified **17** times at depositions, hearings, and trials. Toxicology has been the subject area of **70** cases, and I testified as an expert for **13** of these. No court has failed to admit me as a toxicology expert.

Regarding marijuana driving impairment—of the **17** cases for which I have prepared an expert report, drug impairment charges were dropped or the juries acquitted or hung in **16** of them following my input.

1

2009–Current          **Medical Cannabis Clinical Practice**
Staff Physician and Medical Director, Vibrant Health Clinic LLC
2011–2020, Colorado Springs, CO
Solo Practice Physician, Gedde Whole Health, LLC
2020–Current, Fredericksburg, VA
2013–2020, Buena Vista, CO
2009-2013, Multiple Sites in Colorado

As a provider of medical cannabis-related physician services, I have performed over 21,000 patient visits and counseling sessions, including individualized clinical risk assessments, since 2009. Currently, I have an ongoing, telemedicine-only medical cannabis practice guiding a small number of long-term patients in the use of cannabinoids for management of epilepsy.

My medical cannabis-related activities include:
- Pioneered methods of clinical practice in the emerging Colorado medical marijuana space.
- Developed cannabinoid medicine best practices.
- First Colorado physician to approve cannabinoid therapy for a pediatric epilepsy patient.
- Trained and supervised other medical cannabis physicians.
- Presented continuing medical education talks on use of cannabinoids in pediatric epilepsy.
- Developed and taught the patient-oriented telecourse "How to Use Cannabis Oil for Epilepsy."
- Advised investment firms on regulatory environment, product viability, and investment value.
- Served on seven cannabis industry medical and scientific advisory boards.
- Collaborated with academicians on clinical research projects, resulting in two publications.

2003–2008          **General Clinical Practice—Alternative & Holistic Physician Services**
Private Practice Physician, Gedde Whole Health, LLC
2004-2008, Salida, CO
2003-2004, Maui, HI

Implemented intensive, closely monitored hormonal rebalancing and nutritional support protocols for select patients, aimed at relief of debilitating symptoms and restoration of quality of life.

2002–2003          **Pharmaceutical Development Consultants, LLC**
Principal Consultant

Provided pharmaceutical development consulting services to multiple pharmaceutical companies in support of their pre-clinical and clinical anti-infective development programs.

1999–2002          **IntraBiotics Pharmaceuticals, Inc.,** Mountain View, CA
Department of Microbiology
6/2001–4/2002          Director
10/2000–6/2001          Assistant Director
9/1999–9/2000          Senior Scientist

Implemented microbiology portions of anti-infective programs in clinical development in a team matrix environment. Devised and implemented integrated microbiology development plans. Developed data analysis

plans for customized microbiology data. Developed and validated clinical trial testing protocols in collaboration with the clinical department, clinical investigators, and study sites.

Wrote the microbiology sections of clinical protocols and clinical study reports for phase 1 to phase 3 studies. Communicated the significance of research findings and championed the needs of my department to clinical, regulatory, and marketing stakeholders. Managed external contractors responsible for clinical trial testing. Developed relationships with external investigators and laboratory professionals. Supervised and mentored five junior microbiologists.

| | |
|---|---|
| 1995–1997 | **University of Pennsylvania School of Medicine**, Philadelphia, PA |
| | Postdoctoral Fellow, Department of Microbiology |
| 1997–1999 | **University of California at Berkeley**, Berkeley, CA |
| | Postdoctoral Fellow, Department of Molecular and Cell Biology |
| | Advisor: Daniel A. Portnoy |
| 1996–1999 | Howard Hughes Medical Institute (HHMI) Physician Postdoctoral Fellow |

Completed structure-function studies of pathogenicity of the pore-forming bacterial toxin listeriolysin O. Demonstrated that the pH-dependence of listeriolysin O, a pore-forming virulence factor of the intracellular pathogen *Listeria monocytogenes*, compartmentalizes the activity of the toxin and prevents premature destruction of the host cell.

In response to my competitive grant application "Structural Basis of the pH Dependence of the Bacterial Pore-Forming Toxin Listeriolysin O," I was awarded an HHMI Physician Postdoctoral Fellowship. Research methods included protein purification, site-directed mutagenesis, exchange of mutant alleles, and tissue culture and animal model investigation of mutant and native protein expression.

| | |
|---|---|
| 1993–1997 | **University of Pennsylvania Medical Center**, Philadelphia, PA |
| | Resident and Clinical Instructor, |
| | Division of Laboratory Medicine, |
| | Department of Pathology and Laboratory Medicine |
| 1994–1995 | Chief Resident, Division of Laboratory Medicine |
| 1997 | Board Certification, Clinical Pathology |

Trained on all laboratory medicine services—clinical chemistry (including medical and forensic toxicology), clinical microbiology, hematology, immunology, molecular genetics, and transfusion medicine—in support of clinical services and therapeutic areas throughout the hospital via consultations, nightly call, and clinical rounds. As Chief Resident, I led rounds, organized didactic series, and liaised with administration and faculty. As Clinical Instructor, I taught general pathology and advanced topics to medical students and designed and taught a course on basics of laboratory testing for nurses.

| | |
|---|---|
| 1985–1993 | **Stanford University School of Medicine,** Stanford, CA |
| | **Stanford University Department of Chemistry,** Stanford, CA |
| | MD-PhD Doctoral Student (Biophysical Chemistry) |
| | Thesis: "Cell pH-Mediated Shape Change in the Human Erythrocyte" |

Furthered understanding of protein-membrane interactions in the red blood cell membrane model. Solved the paradox of pH-associated red cell shape by developing assays and mathematical models for red cell physiological relationships, performing nonlinear multivariate statistical analysis on a 500-entry dataset, and assessing red cell

3

Margaret M. Gedde, rev. 01-2026

protein-membrane interactions using a hydrophobic, radio-iodinated, photoactivatable membrane probe. Served as a teaching assistant in the advanced undergraduate physical chemistry course.

    1985–1986          **Stanford University School of Medicine**, Stanford, CA
                         Medical Student Research Assistant, Department of Neurology

Developed a chromium-51 assay of damage to primary neurons in culture and used it to assess glutamate neurotoxicity.

    1984–1985          **The Rockefeller University**, New York, NY
                         Research Assistant, Laboratory of Metabolism/Pharmacology

Performed clinical assays of hemoglobin synthesis pathway enzymes and intermediates using biochemical and organic chemical separations and assays.

    1983–1984          **Memorial Sloan-Kettering Cancer Center**, New York, NY
                         Research Assistant, Laboratory of Developmental Genetics

Investigated the molecular basis of a murine developmental defect using tissue culture and protein chemistry approaches.

## Presentations

    10/12/2024          **Society of Cannabis Clinicians, Baltimore MD**
                         <u>2nd Annual Medical Cannabis Conference</u>
                         Poster Presentation: "Physician-Guided Titration of Cannabidiol for Optimized Seizure Control"

    11/21/2022          **Pennsylvania Bar Institute, Philadelphia PA**
                         <u>Medical Marijuana and Hemp Law Symposium</u>
                         Invited Panelist: "The Medical Perspective: Use, Research, Hurdles"

    09/12/2022          **Colorado Office of Respondent Parents' Counsel, Colorado Springs CO**
                         <u>Seventh Annual Conference</u>
                         Invited Speaker: "Parental Use of Marijuana: What Is the Harm"

    02/25/2022          **Colorado Office of Respondent Parents' Counsel (Virtual Meeting)**
                         <u>3rd Annual Carrie Ann Lucas Disability Advocacy Training</u>
                         Invited Speaker: "Can Cannabis Be Part of Safe Parenting?"

    09/15/2019          **Elevated Wellness Conference, Denver CO**
                         <u>Benefits of Bringing Cannabis into Your Medical Practice</u>
                         Invited Speaker: "Reflections from a Medical Cannabis Physician"

    11/16/2016          **Marijuana for Medical Professionals, Denver CO**
                         <u>Second Biannual Conference</u>
                         Invited Speaker: "Clinical Experience with Cannabis in Pediatric Epilepsy"

4

Margaret M. Gedde, rev. 01-2026

05/10/2016          **Society of Cannabis Clinicians Colorado, Denver CO**
                    Member's Meeting
                    Invited Speaker: "Increased Plant Counts: A Physician's Rationale and Tool Kit"

09/24/2015          **Northern Colorado Health Alliance, Denver CO**
                    Third Annual Conference on Pain Management and Opioids
                    Invited Panel: "Role of Medical Cannabis in Treatment of Chronic Pain"

09/10/2014          **Marijuana for Medical Professionals, Denver CO**
                    First Biannual Conference
                    Invited Speaker: "Clinical Experience with Cannabis in Treatment-Resistant Pediatric
                    Epilepsy"

## Corporate Board Memberships

2019-2020           **Pure Harvest Solutions, Denver, CO**
                    Scientific Advisory Board
                    Manufacturer of cultivation-support products

2016                **Cannabistry, Niles, IL**
                    Scientific Advisory Board
                    Operator of platform for research and development of cannabis-infused products

2015-2016           **Knox Nursery, Inc, Winter Garden, FL**
                    Advisory Committee
                    Cultivation company applicant for Florida medical cannabis registration

2015-2016           **Chestnut Hill Tree Farm, LLC, Alachua, FL**
                    Advisory Committee
                    Cultivation company applicant for Florida medical cannabis registration

2015-2016           **Bloomfield Industries, Staten Island, NY**
                    Advisory Board
                    Producer and distributor of medical marijuana products

2015                **Compassionate Care Center of New York, Carle Place, NY**
                    Medical Advisory Board
                    Biopharmaceutical company applicant for New York State medical cannabis registration

2013-2015           **CannLabs, Inc, Denver, CO**
                    Scientific Advisory Board
                    Analytical laboratory serving cannabis cultivators, manufacturers, and patients

5

Margaret M. Gedde, rev. 01-2026

## Honors and Awards

| | |
|---|---|
| 1985 | Kevin Walton Summer Fellowship |
| 1990–1992 | Jameson Research Foundation Fellowship |
| 1995–1996 | Infectious Diseases and Virology Training Grant (NIH) |
| 1996–1999 | Howard Hughes Medical Institute Physician Postdoctoral Research Fellowship |

## Publications

| | |
|---|---|
| Peer-Reviewed Article | Rhyne DN, Anderson SL, **Gedde MM**, Borgelt LM. Effects of Medical Marijuana on Migraine Headache Frequency in an Adult Population. Pharmacotherapy. 2016 May;36(5):505-10. |
| Abstract | American Epilepsy Society Annual Meeting, Washington, DC, Dec 2013. **Gedde MM**, Maa E. Whole Cannabis Extract of High Concentration Cannabidiol May Calm Seizures in Highly Refractory Pediatric Epilepsies. December 6-10, 2013. |
| Peer-Reviewed Article | Chen JY, Brunauer LS, Chu FC, Helsel CM, **Gedde MM**, Huestis WH. 2003. Selective amphipathic nature of chlorpromazine binding to plasma membrane bilayers. Biochimica Biophysica Acta (Biomembranes) 1616(1):95-105. |
| Peer-Reviewed Article | Baden LR, Critchley IA, Sahm DF, So W, **Gedde M**, Porter S, Moellering RC Jr, Eliopoulos G. 2002. Molecular characterization of vancomycin-resistant enterococci repopulating the gastrointestinal tract following treatment with a novel glycolipodepsipeptide, ramoplanin. Journal of Clinical Microbiology 40:1160-3. |
| Peer-Reviewed Article | Glomski IJ,* **Gedde MM**,* Tsang AW, Swanson JA, Portnoy DA. 2002. The *Listeria monocytogenes* hemolysin has an acidic pH optimum to compartmentalize activity and prevent damage to infected host cells. Journal of Cell Biology 156:1-12. *These authors contributed equally. |
| Abstract | North American Cystic Fibrosis Conference, Orlando, FL, Oct 2001. Loury DL, **Gedde MM**, Woods DE. "Aerosolized protegrin analog iseganan (IB-367) reduces microbial density in a rat model of lung infection with *Pseudomonas aeruginosa*." October 25-28, 2001. |
| Abstract | 1st Intl Symp on Resistant Gram-Positive Infections, San Antonio, TX, Dec 2000. White DJ, Visweswaran V, So W, Hurst MA, **Gedde MM**. "Resistance profile of ramoplanin, a novel glycolipodepsipeptide with selective gram-positive activity." December 3-5, 2000. |
| Abstract | Symposium on Pore-Forming Toxins, Trento, Italy, Sep 2000. Glomski IJ, **Gedde MM**, Portnoy DA. "Increasing the hemolytic activity of listeriolysin O at neutral pH decreases the virulence of *Listeria monocytogenes*." September 14-17, 2000. |
| Abstract | American Society for Microbiology, Los Angeles, CA, May 2000. **Gedde MM**, Glomski IJ, Portnoy DA. "The role of the acidic pH optimum of listeriolysin O in *Listeria monocytogenes* pathogenesis." 100th General Meeting. Abstract D-59, p 239. |

6

Margaret M. Gedde, rev. 01-2026

| | |
|---|---|
| Abstract | 1st Int ASM Conference on Enterococci, Banff, Alberta, Canada, Feb 2000. Baden L, Critchley I, Sahm D, So W, **Gedde MM**, Porter S, Moellering RC Jr, Eliopoulos G. "Pulsed-field gel electrophoresis of VRE DNA isolated during a phase II clinical study of the novel glycolipodepsipeptide ramoplanin." February 27 to March 2, 2000. |
| Abstract | 1st Int ASM Conference on Enterococci, Banff, Alberta, Canada, Feb 2000. So W, White DJ, **Gedde MM**. "Comparison of selective media for isolation of vancomycin-resistant enterococci." February 27 to March 2, 2000. |
| Peer-Reviewed Article | **Gedde MM**, Higgins DE, Tilney LG, Portnoy DA. 2000. Role of listeriolysin O in cell-to-cell spread of *Listeria monocytogenes*. Infection and Immunity 68:999-1003. |
| Peer-Reviewed Article | **Gedde MM**, Yang E, Huestis WH. 1999. Resolution of the paradox of red cell shape changes in low and high pH. Biochimica et Biophysica Acta 1417:246-253. |
| Abstract | Biophysical Society, Baltimore, MD, Feb 1999. **Gedde MM**, Portnoy DA. "Structural basis of the pH-dependence of the pore-forming protein listeriolysin O." Biophysical Journal 76:22a. |
| Abstract | American Society for Cell Biology, San Francisco, CA, Dec 1998. Chen JY, Chu FC, **Gedde MM**, Huestis WH. "Selective electrostatic interactions of chlorpromazine with plasma membrane components." Molecular Biology of the Cell 9:80a. |
| Abstract | American Society for Cell Biology, Washington, D.C., Dec 1997. **Gedde MM**, Higgins DE, Tilney LG, Portnoy DA. "Role of the pore-forming protein, listeriolysin O, in the cell-to-cell spread of *Listeria monocytogenes*." Molecular Biology of the Cell 8:237a. |
| Peer-Reviewed Article | **Gedde MM**, Davis DK, Huestis WH. 1997. Cytoplasmic pH and human erythrocyte shape. Biophysical Journal 72:1234-1246. |
| Peer-Reviewed Article | **Gedde MM**, Huestis WH. 1997. Membrane potential and human erythrocyte shape. Biophysical Journal 72:1220-1233. |
| Peer-Reviewed Article | Mazzaccaro RJ, **Gedde MM**, Jensen ER, van Santen HM, Ploegh HL, Rock KL, Bloom BR. 1996. Major histocompatibility class 1 presentation of soluble antigen facilitated by *Mycobacterium tuberculosis* infection. Proceedings of the National Academy of Science, USA 93:11786-11791. |
| Peer-Reviewed Article | **Gedde MM**, Yang E, Huestis WH. 1995. Response of human erythrocyte shape to altered cell pH. Blood 86:1595-1599. |
| Review | **Gedde MM**, Kricka LJ. 1994. Rhabdomyolysis. Endocrinology and Metabolism In-Service Training and Continuing Education 12(9): 241-246. |
| Review | **Gedde MM**, Kricka LJ. 1994. Serum ferritin measurement: a case study approach to quality improvement. Endocrinology and Metabolism In-Service Training and Continuing Education 12(7): 179-183. |

Margaret M. Gedde, rev. 01-2026

| | |
|---|---|
| Thesis | **Gedde MM**. 1993. Cell pH-mediated shape change in the human erythrocyte. Department of Chemistry, Stanford University. |
| Abstract | American Society for Cell Biology, New Orleans, LA, Dec 1993. **Gedde MM**, Yang E, Huestis WH. Hydrophobic protein-lipid associations in human erythrocyte cell pH-mediated shape change." Molecular Biology of the Cell 4:85a. |
| Abstract | Biophysical Society, San Francisco, CA, Feb 1991. **Gedde MM**, Huestis WH. Human erythrocyte shape change induced by changes in buffer pH is most dependent on changes in cytoplasmic pH." Biophysical Journal 59:639a. |
| Abstract | American Society for Cell Biology, Houston, TX, Dec 1989. **Gedde MM**, Huestis WH. "Roles of internal pH, cell volume, and membrane potential in human erythrocyte pH-induced shape change." Journal of Cell Biology 109:175a. |
| Peer-Reviewed Article | Choi DW, **Maulucci-Gedde M**, Kriegstein AR. 1987. Glutamate toxicity in cortical cell culture. Journal of Neuroscience 7:357-368. |
| Peer-Reviewed Article | **Maulucci-Gedde M,** Choi DW. 1987. Cortical neurons exposed to glutamate rapidly leak preloaded 51-chromium. Experimental Neurology 96:420-429. |