# Exhibit 7

# *The Washington Post*'s Coverage of the Fall 2022 Break-in at Leonard Hall

Case 1:25-cv-03866-ACR　　Document 18-9　　Filed 04/14/26　　Page 2 of 3

*Democracy Dies in Darkness*

**Higher Education**

# American University boosts patrols after report of sexual assault in dorm

November 2, 2022　　More than **3 years ago**

 By [Corinne Dorsey](#)

American University increased patrols around its residence halls after a sexual assault was reported in a dorm earlier this week.

The university's police department is working with D.C. police to investigate the incident that took place at about 2 a.m. Monday in Leonard Hall on the campus in Northwest Washington, according to the university. No arrest was announced as of Wednesday.

"The safety of our community is a top priority, and any incident that affects students in the residence halls that are their home at American University is treated with the highest importance," said Matt Bennett, the university's vice president and chief communications officer.

According to the university, an individual entered two dorm rooms, housing a total of four students, without authorization early Monday. One student came forward to report a sexual assault. Each of the students involved is receiving campus support from the Office of Equity and Title IX, the university said.

Authorities are reviewing video footage from the day of the incident, collecting physical evidence from the scene and obtaining witness statements, according to the university.

Amna Asad, a freshman and resident on the fourth floor of Leonard Hall, said she was met with a hall filled with police officers while getting ready for her 8 a.m. class Monday. She had learned of the incident earlier from a dorm group chat.

"Our dorms are supposed to be a place where we call home and where we should feel safe and secure," Asad said. "The fact that anyone could just come up and do something so awful, honestly, it's terrifying."

Asad said she has seen a police car outside the dorm since the incident, but she hasn't noticed any other changes.

American University has received criticism over the years from many sexual assault victims and advocates about the administration's response to sexual misconduct. After Monday's incident, some

Case 1:25-cv-03866-ACR     Document 18-9     Filed 04/14/26     Page 3 of 3

students shared their concerns about how it would be addressed.

"We want a restructuring of what Title IX looks like on campus, and a real understanding of how we can protect students," said Lillian Frame, a student at American University and an advocate for student survivors. "We want to have meetings with advocates to show that they want to fix this issue and actually commit to helping us."

Individuals with any information on the incident can contact authorities at 202-885-2999.