# EXHIBIT 16

# Tranche 1 of Emails with Then-Title IX Coordinator Ms. Leslie Annexstein

 Gmail                              Mr. Doe       Mr. Doe's Email

## Fw: Access to Box folder for my advisor

Mr. Doe    Mr. Doe's Email                                     Thu, Nov 16, 2023 at 5:15 PM
To: Mr. Doe's Email          Mr. Doe's Email

**From:** Equity Office <equityoffice@american.edu>
**Sent:** Thursday, November 16, 2023 5:14 PM
**To:** Mr. Doe    Mr. Doe's Email
**Subject:** RE: Access to Box folder for my advisor

Good Afternoon Mr. Doe –

Thank you for reaching out.

As you know, the live hearing has been completed and a finding has been made by university decision-makers.  The next step pursuant to the policy is that a sanctioning panel will be convened and a sanctions determination will be made and issued to you. You will be informed of when that sanctioning panel will come together and be provided with the opportunity to submit a statement. Once the sanctions have been issued, you will have the opportunity to appeal. Should you decide to appeal, you may request the materials at that time for review.

With respect to a new advisor, please note that University's Title IX Sexual Harassment Policy does not provide for an active role by an advisor at this stage. You had an advisor present at the live hearing with you, as is required. If you would still like to designate a new advisor to this office, please let us know and we will provide you with the appropriate forms that should be completed, in order to have them on file.  This office will continue to communicate with you directly.

Best,

Leslie T. Annexstein

Assistant Vice President for Equity and Title IX Coordinator

American University

3201 New Mexico Avenue, NW

Washington, DC  20016

Tel. #: 202-885-8080

Office email: equityoffice@american.edu

Website: https://www.american.edu/equity-titleix/

**From:** Mr. Doe    Mr. Doe's Email
**Sent:** Thursday, November 16, 2023 12:25 PM
**To:** Equity Office <equityoffice@american.edu>
**Cc:** Cmuha@kaiserdillon.com
**Subject:** Access to Box folder for my advisor


Hello - I'm writing to ask for my advisor, Chris Muha (cc'd here), to please be given access to the Box folder where the case documents are, so that he can review them and advise me.  Can you please get him access to that folder as soon as possible?  Please let me know if there are any forms I need to fill out, or anything else I need to do, to help make that happen.  Thanks very much.


Sincerely,

Mr. Doe