**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOHN DOE,

       *Plaintiff,*

       v.

AMERICAN UNIVERSITY,

       *Defendant.*

Civil Action No. 25-cv-03866-ACR

**PROPOSED ORDER**

Upon consideration of Defendant American University's Consent Motion to Redact Exhibits, it is this _____ day of _____, 2026:

**ORDERED** that American University's Motion is **GRANTED**, and the University **SHALL** redact all personal identifying information from the exhibits attached to its Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Preliminary Injunction.

_____
The Honorable Ana C. Reyes
United States District Judge

2

**COPIES TO:**

James A. Keller
Saul Ewing LLP
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel: (215) 972-7777
james.keller@saul.com

Timothy D. Intelisano
Saul Ewing LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 295-6615
timothy.intelisano@saul.com

*Attorneys for Defendant American University*

John Doe
Address Withheld

*Pro Se*