# EXHIBIT A

# OFFICE OF EQUITY & TITLE IX

**INVESTIGATION REPORT:** DOE    ROE

| | |
|---|---|
| Date of Report: | August 17, 2023 |
| Prepared by: | Nicole Fauster, Investigator |
| Date of Incident: | October and December 2021 |
| Complainant/Respondent: | DOE    Undergraduate Student |
| Complainant/Respondent: | ROE    Undergraduate Student |
| Witnesses: | S-1    Undergraduate Student |
| | S-2    Undergraduate Student |
| | S-3    Undergraduate Student |
| | S-4    Undergraduate Student |
| | S-5    Undergraduate Student |
| | S-6    Undergraduate Student |
| | S-7    Undergraduate Student |
| | S-8    Undergraduate Student |
| | S-9    Undergraduate Student |

## I. INTRODUCTION/SUMMARY

On January 30, 2023, the Office of Equity & Title IX initiated an investigation into a complaint alleging that ROE an undergraduate student, violated American University's Title IX Sexual Harassment Policy. DOE an undergraduate student, alleged that during the fall 2021 semester, ROE subjected him to dating violence and sexual assault (rape). DOE alleges that in or around mid-October 2021, ROE slapped him twice across the face during a private conversation in her dormitory located in Letts Hall. DOE also alleges that on December 7, 2021, Respondent ROE forcibly inserted his penis into her vagina without his consent in her on-campus dormitory. **EXHIBIT 1.**

On February 21, 2023, the Office of Equity & Title IX initiated an investigation into a complaint alleging that DOE subjected ROE to sexual assault (rape). Specifically, on December 7, 2021, ROE alleges that while she and DOE were in her on-campus dormitory in Letts Hall, he penetrated her vagina with his fingers and penis without her consent and that she was unable to consent due to incapacitation from marijuana consumption. **EXHIBIT 2.**

Because the allegations in these complaints arise out of the same facts or circumstances, the Office of Equity and Title IX has consolidated the allegations for the purpose of conducting a single investigation, the results of which are contained herein.

## II. TIMELINE

1/30/2023: Notice of Allegations was issued by the Office of Equity and Title IX, identifying DOE as the complainant and ROE as the respondent.

2/21/2023: Notice of Allegations was issued by the Office of Equity and Title IX identifying ROE as the complainant and DOE as the respondent.

2/22/2023: DOE met via Microsoft Teams for an investigatory interview.

1



# OFFICE OF EQUITY & TITLE IX

3/8/2023: **DOE** met via Microsoft Teams for an investigatory interview.

3/13/2023: **DOE** met via Microsoft Teams for an investigatory interview.

3/20/2023: **ROE** met via Microsoft Teams for an investigatory interview.

3/29/2023: **S-1** met via Microsoft Teams for an investigatory interview.

3/30/2023: **S-2** met via Microsoft Teams for an investigatory interview.

3/30/2023: **S-3** met via Microsoft Teams for an investigatory interview.

3/31/2023: **ROE** met via Microsoft Teams for an investigatory interview.

4/3/2023: **S-4** met via Microsoft Teams for an investigatory interview.

4/4/2023: **S-5** met via Microsoft Teams for an investigatory interview.

4/5/2023: **S-6** met via Microsoft Teams for an investigatory interview.

4/6/2023: **S-8** met via Microsoft Teams for an investigatory interview.

4/6/2023: **S-9** met via Microsoft Teams for an investigatory interview.

4/6/2023: **S-7** met via Microsoft Teams for an investigatory interview.

4/17/2023: **ROE** met via Microsoft Teams for an investigatory interview.

4/18/2023: **S-13** met via Microsoft Teams but declined an investigatory interview.

4/19/2023: **DOE** met via Microsoft Teams for an investigatory interview.

4/26/2023: **DOE** met via Microsoft Teams for an investigatory interview.

5/11/2023 – 5/15/2023: Witness Review Period

5/22/2023 – 5/26/2023: **S-4** Review Period[1].

6/2/2023 - **S-4** met via Microsoft Teams to make real-time edits to his statement.

7/10/2023 – 7/19/2023: Preliminary Case Review Period.

8/17/2023 – Final Report Issued

## Contact Attempts

**S-13** verbally declined to participate in the investigation during a Microsoft Teams meeting on April 18, 2023.

## Review of Witness Statements

The investigator sent each witness a summary of their interview and requested they review the summary. **S-1** **S-3** **S-2** **S-5** and **S-6** responded with feedback. **S-9** Krzywda, and **S-8** did not

---

[1] **S-4** review period is later than the other witnesses because he initially requested that his statement be withdrawn, prior to receiving the link to review the draft statement. The investigator delayed sharing the link to the document while consulting with the Title IX Coordinator regarding the request, which was ultimately denied. **EXHIBIT 9.** **S-4** met with the investigator on June 2, 2023, to make edits to his statement via Microsoft Teams.



# OFFICE OF EQUITY & TITLE IX

respond to the investigator's email. Prior to reviewing his statement, S-4 requested that his witness statement be rescinded because he did not believe he recalled the events pertaining to this investigation accurately; S-4 ultimately provided his edits to the document during a Microsoft Teams meeting. The requested edits are reflected herein. **EXHIBIT 9**.

## III. DOCUMENTATION/INFORMATION

**Exhibit 1:** Notice of Allegations issued by the Office of Equity and Title IX on January 30, 2023.

**Exhibit 2:** Notice of Allegations issued by the Office of Equity and Title IX on February 21, 2023.

**Exhibit 3:** DOE Docket of Screenshots and Evidence labeled A-M.

**Exhibit 4:** Snapchat message of DOE apologizing for raping ROE

**Exhibit 5:** Snapchat message of DOE stating he was the only sober party during the incident.

**Exhibit 6:** Snapchat message of DOE taking accountability for the issues between him and ROE

**Exhibit 7:** Link to two audio recordings, January 25 and 26, 2022.

**Exhibit 8:** No Contact Order issued by the Office of Equity and Title IX on April 10, 2023.

**Exhibit 9:** S-4 concerns regarding his witness statement and his requested edits.

**Exhibit 10:** Screenshots of S-6 edits, submitted on May 15, 2023.

**Exhibit 11A-11D:** Screenshots of S-5 edits, submitted on May 15, 2023.

**Exhibit 12:** Email Response to S-5 Edit, May 24, 2023.

**Exhibit 13:** DOE Text Message to ROE (sent to the investigator in email form), submitted on February 22, 2023.

**Exhibit 14:** DOE Response to the Preliminary Report

**Exhibit 15:** ROE Response to the Preliminary Report

**Exhibit 16:** ROE provided a missing text message between S-2 and DOE to be considered along with Exhibit 3F.

## IV. INVESTIGATION

### Background

DOE was a second-year student when the investigation was initiated. He met ROE at the beginning of fall 2021, when they were first-year students residing in Letts Hall. In mid-September 2021, DOE and ROE agreed to be "friends-with-benefits," meaning that they would engage in heavy petting, including oral sex and sexual intercourse. This "friends with benefits" relationship continued until early 2022.

ROE was a second-year student when the investigation was initiated. She met DOE in early September 2021, when they were first-year students residing in Letts Hall. ROE and DOE began chatting on Snapchat, during

# OFFICE OF EQUITY & TITLE IX

which **ROE** explained that she was not looking for a committed relationship because she had someone back home she was talking to. Shortly after, **DOE** and **ROE** agreed to be friends with benefits, which included engaging in sexual intercourse.

**DOE** <u>Allegation of Dating Violence</u>

**DOE** *Account*

**DOE** stated that toward the end of September 2021, he and eight friends, including **ROE** were walking along Massachusetts Avenue. **ROE** was under the influence of marijuana. **DOE** stated that **ROE** turned to him unprompted and asked, "What would you do if I hit you?" Confused, **DOE** responded, without expounding, "I would win." **DOE** did not want to say that he would hit her back, because that would be contrary to his values; however, he did not want to say he would not do anything because he did not want to invite physical assault.

**DOE** stated that on October 18, 2021, just after 2:30 pm, he told **ROE** that her eyes reminded him of the Hubble space image, "pillars of creation." Later that day, **DOE** **ROE** and **S-3** were in the Letts Hall lounge washing dishes. **DOE** told **S-3** that his eyes looked "nebular." **ROE** interjected saying that **DOE** had made the same comment to her earlier that day. **ROE** and **S-3** teased him about recycling compliments. When **ROE** returned to her dorm room, she texted **DOE** requesting that he meet her there. **DOE** arrived, and **ROE** closed the door and cupped his face with her hands. They began to kiss, but **ROE** paused shortly after and said to **DOE** that he had used the same compliment for **S-3** that he had used for her. **ROE** then slapped **DOE** across the face with her open hand. About 15 seconds later, **ROE** slapped **DOE** again in the same manner because, according to **ROE** it looked like [he] liked it. **ROE** asked **DOE** to leave immediately after the second slap. **DOE** was stunned and in pain due to the sting of the slap. **DOE** did not address **ROE** conduct with her at that time. **DOE** stated this incident solidified his perception that **ROE** believes she is always right and that he is always wrong, and she exemplifies such by minimizing his emotions and maximizing hers.

**DOE** verbally reported the incident to undergraduate student **S-6** during a private conversation sometime in mid-November 2021. **S-6** did not react. **DOE** stated that sometime in February 2022, he decided to tell **ROE** how the slap made him feel after discussing the incident in therapy. During a private conversation, **DOE** told **ROE** that the slap hurt him physically and emotionally. **ROE** did not apologize and stated that she was "trying to be dominatrix-y."

**DOE** stated that sometime in mid-April 2022, he sent **ROE** a long text message bringing up the slapping incident again and sharing how she emotionally manipulated him into having sex. **DOE** provided the messages he said he sent **ROE** via text to the investigator in email form, but did not provide the text message in its original form. **EXHIBIT 13**. **ROE** responded by showing up at his dorm room door to address the message. During their in-person conversation, **ROE** stated she did not recall the slapping incident. **DOE** recounted his prior history of being the target of physical abuse. **ROE** still did not recall, but stated she would have never slapped him had she been aware of his past.

**ROE** *Account*

**ROE** stated that sometime in early fall 2021, **DOE** stated her eyes looked like the pillars of creation. Either later that or the next day, **DOE** complimented **S-3** similarly when the three were in the Letts Hall lounge washing dishes. **ROE** remarked, "I guess that compliment was not exclusive to me" and moved on. **ROE**

4



# OFFICE OF EQUITY & TITLE IX

did not recall having a private conversation with **DOE** about this comment and denied slapping him. **ROE** did not recall any conversation with **DOE** in which she asked a hypothetical about physical violence.

**ROE** stated that either in a text message or a verbal conversation sometime later on an unrecalled date, **DOE** informed her that she "stepped over a line." **ROE** apologized that she made him feel that way but told **DOE** she had no idea what incident he may have been referring to.

### Witness Accounts

#### S-1  Account

**S-1** is currently a second-year student at AU. He was part of the extended friend group that included **DOE** and **ROE** while he was a first-year student who also resided in Letts Hall.

**S-1** stated that on April 27, 2022, flyers were placed around Letts 4N stating that **DOE** was a rapist. **S-1** stated that shortly after April 27, 2022, during verbal conversations about the flyers with **DOE** and **S-2** **DOE** became agitated and angry, raised his voice, and threatened to file a Title IX complaint against **ROE** When **S-1** and **S-2** asked why he would file a complaint against her, he said because she purportedly slapped him on an unspecified date.

#### S-2  Account

**S-2** is currently a second-year student at AU. They were part of the extended friend group that included **DOE** and **ROE** while they were first-year students all residing in Letts Hall.

**S-2** stated that on an unrecalled date, **DOE** verbally informed them that **DOE** complimented **ROE** by saying her eyes looked like the pillars of creation. **DOE** then complimented **S-3** eyes by saying those looked "nebular." **DOE** claimed to them that **ROE** purportedly slapped **DOE** for making the comment to **S-3** **S-2** did not recall how they responded, but they do not believe that **ROE** slapped **DOE** as doing so would be "very out of character for her."

#### S-3  Account

**S-3** is currently a second-year student at AU. **S-3** was part of the extended friend group that included **DOE** and **ROE** while he was a first-year student who also resided in Letts Hall.

**S-3** stated in May 2022, that **DOE** stated he wanted to "Title IX [ **ROE** before she could Title IX [him]." In explaining the basis for his Title IX claim, **DOE** referenced a slapping incident and pressed **S-3** to recall an incident wherein **ROE** slapped him the night they were talking about "space" and "eyes." **S-3** told **DOE** he had no recollection of the incident. **DOE** responded, "I need you to remember."

#### S-6  Account

**S-6** is currently a second-year student at AU. He was **DOE** roommate and part of the extended friend group that included **DOE** and **ROE** while he was a first-year student who also resided in Letts Hall.

**S-6** said that sometime in January 2022, **DOE** told **S-6** **S-14** , and **S-15** that **ROE** slapped him in front of **S-3** at an unspecified time in the past. They asked **DOE** why **DOE** continued pursuing **ROE**

5

# OFFICE OF EQUITY & TITLE IX

**Allegation of Sexual Assault (Rape) by DOE and ROE**

*DOE Account as the Complainant*

DOE stated that on November 1, 2021, he and ROE verbally discussed the nature of their sexual relationship during a private conversation. ROE indicated that their relationship "will never be romantic." DOE interpreted the comment to mean their relationship will only be sexual in nature. They both agreed to have vaginal intercourse later in the week, which they did for the first time on November 2, 2021.

DOE stated that in late November or early December 2021, ROE sent him a Snapchat message saying that she did not want to "do anything sexual." DOE interpreted the comment to mean that ROE no longer wanted to engage in vaginal intercourse or oral sex. After that, they continued to make out and fondle one another over their clothing. However, on December 4, 2021, ROE spent the night in DOE dorm room. When they were lying in his bed in the early morning hours, she put DOE hand in her pants and said, "finger me." DOE said he thought they were not "doing anything sexual." ROE said, "no – we are doing sexual things." DOE proceeded to digitally penetrate her vagina. DOE stated that during the evening of December 5, 2021, ROE and DOE spent time in her room alone. ROE grabbed DOE penis over his pants, which has been their signal for oral sex. DOE applied approximately 15-20 lbs of force to her shoulder and asked her if she wanted to "suck [his] dick", to which she agreed. ROE performed oral sex on him. DOE explained that he applied such pressure to her shoulder because ROE explicitly stated the night before that she "liked being forced" to perform oral sex, meaning being pushed down toward someone's penis. This indicated further to DOE that sexual contact was on the table, and the Snapchat request was no longer in effect.

DOE stated that during the evening of December 7, 2021, around 8 pm, he entered the lounge in Letts Hall. Those present included S-2 ROE and S-3 ROE yelled at DOE asking what was wrong with him and why he was being such a "dick." Confused, DOE left the lounge to return to his dorm room. ROE sent him a Snapchat message that she wanted to speak with him, so DOE went to her dorm room and loudly knocked on the door. S-5 ROE roommate, left the room as DOE entered. Once alone, ROE again asked what was wrong with him. DOE stated he did not know what she was talking about. ROE explained that DOE was not showing her enough attention. DOE responded that other people needed his attention, and ROE began crying. DOE approached her and hugged her from behind with his arms wrapped around her chest. The interaction turned sexual and flirtatious, as indicated by ROE telling DOE that there was this really hot girl on his floor who liked him. ROE began pressing and rubbing her buttocks against DOE crotch. ROE hands oscillated from touching DOE penis over his clothing to touching his arms which were around her chest. ROE turned around to face DOE and they began making out. DOE hands then moved between her waist and buttocks. ROE then turned around with her back facing DOE and rubbed her buttocks against his crotch once more. ROE told DOE she was not wearing underwear. So, DOE placed his finger in the waistband of her long stretchy dress pants and pulled open the elastic to ascertain whether she was actually wearing underwear, which he explained when she asked why he was pulling open the elastic on her pants.

DOE stated that he and ROE moved toward her bed, and at 9:33 pm, he texted S-6 his roommate, saying that he and ROE reconciled and that he would spend the night in her room that evening. Around that time, ROE took one "hit" from her weed pen. She did so for a second and final time approximately 10 seconds later, blowing the smoke into DOE mouth. DOE did not witness ROE take any other hits from her pen for the rest of the evening.

DOE stated ROE put her hand on his crotch, and that they continued to kiss, flirt, and talk. DOE maintained that ROE was not stumbling, slurring, or unintelligible, and her voice was stable and had its normal pitch and cadence. DOE stated that ROE eyes were focused and not bloodshot or glazed over. About thirty minutes after ROE took the two inhalations of her weed pen, they were situated below her lofted bed. ROE was seated on the ladder leading up to the bed, and DOE was standing in front of her. DOE placed his hand on her

6



# OFFICE OF EQUITY & TITLE IX

shoulder, which signaled his request for oral sex. ROE said no. DOE asked if ROE wanted to cuddle; ROE agreed. They ascended the lofted bed. As they were getting situated, ROE instructed DOE to remove her gold necklace from her neck, reclasp it so it did not tangle, and put it to the side of the bed. DOE stated that ROE being able to saliently and coherently communicate that she did not want to perform oral sex, ascend the lofted bed unaided, and dictate instructions on how to handle the necklace were further indications that she was sober. After completing that task, DOE and ROE continued cuddling and kissing on the bed, with her fondling his penis over his clothes, and him fondling her buttocks over her clothes. They alternated between facing toward and away from each other. They continued this conduct for approximately one hour.

DOE stated that at around 11:40 pm, ROE told him to get on top of her, so he assumed a plank position, laying on top of her. ROE made a failed attempt to remove DOE belt, so DOE rolled off her and removed his own belt and pants. ROE told him to remove his underwear, which he did, leaving him fully nude. ROE removed her pants and her top remained on. DOE then got back on top of her, and they continued to make out. ROE said, "Put your dick inside me." DOE responded, "Wait we should not." ROE said, "That is why we are naked." DOE explained during the interview he did not feel comfortable having penetrative sex with ROE since she had consumed marijuana from her weed pen. Approximately 15 seconds later, ROE grabbed his penis and put it inside her vagina. DOE removed his penis and resumed kissing ROE to "avoid the situation." ROE grabbed his penis and put it inside her vagina for a second time. ROE then grabbed onto DOE body "like a sloth hangs onto a tree branch" and pulled him down close to her. DOE stated he felt trapped and unable to "roll-off" or "sit up." DOE had sex with her, though he stopped thrusting a few times during the encounter because it was painful. ROE said, "fuck me harder" and called DOE "daddy" All the while penetration was occurring. ROE did not let go until DOE ejaculated. ROE asked for "round two." DOE said "no." ROE asked him to get her water and a washrag to clean herself off, which he did. When he did so, he saw the time was approximately 11:48 pm. He returned to her bed for about ten minutes until ROE went to bed. DOE left the room by midnight.

*DOE* *Response to* *ROE* *Allegation of Sexual Assault*

DOE denied that ROE blacked out during the incident on December 7, as described by him, and he denied penetrating her vagina with his penis while she was unconscious.

During the respondent interview, DOE also denied digitally penetrating ROE on December 7, initially stating that it would have been "impossible" for him to do so. However, DOE retracted this statement upon hearing the January 25, 2022, audio recording where he is heard stating that he "fingered" ROE when describing his recollection of the December 7 incident. **EXHIBIT 7.**

DOE stated that on December 8, 2021, ROE and DOE discussed the previous night's events while cuddling in DOE dorm. ROE said, "We should not have done that." She questioned why DOE thought they could have intercourse and that intimacy and fingering were sufficient for her, referring back to the Snapchat message establishing sexual boundaries. DOE stated that he was under the impression that sexual contact was on the table given ROE December 4, 2021, comment. ROE said she should stop using so much weed. DOE understood that to mean that her drug usage impacted her ability to remember the comment made on December 4, 2021. At some point during the conversation, ROE explained that she did not want to have sex due to a cut she sustained near her vagina. She asked DOE whether he noticed that she "was not wet enough" for vaginal penetration. DOE said he did not notice. During this recounting, ROE explained to DOE that she remembered "initiating sex" then she "went black", and she also remembered having sex, then "went black" again. ROE also told DOE that she remembered the aftercare and cuddling. DOE stated during the interview with the investigator that he did not address the consistencies between their respective memories because he was unsure if he "misread any signs or body language."

7

# OFFICE OF
# EQUITY & TITLE IX

DOE stated that his conversation with ROE on December 8, 2021, was the first time he became aware that she "went black." DOE maintained that during their interactions on December 7, nothing indicated that ROE was not cognizant of what was happening. During DOE April 19, 2023, respondent interview, DOE denied that ROE ever told him she blacked out; he stated he learned that ROE believed she blacked out during his interview with the investigator. When the investigator asked whether DOE informed ROE that she did not seek consent prior to putting his penis in her vagina, he said no because he did not fully understand the implications of ROE actions until beginning therapy shortly after.

DOE stated that in a December 11, 2021, Snapchat message, he told ROE he felt bad about what occurred. He further stated that in an unsaved Snapchat message, ROE repeated that she initiated the sexual contact. At some point during their Snapchat exchange DOE said, "Yes, it's on me because I was the only sober one. I am really sorry." EXHIBIT 5. During the interview, DOE explained that he "felt responsible" for the December 7 incident because he should have said "no" or done something to "prevent [ ROE from having sex with [him]." DOE admitted to apologizing to ROE because she seemed upset and because doing so made all the problems go away and kept the peace. DOE admitted to giving ROE Christmas gifts on or around this time and was unaware that ROE interpreted his gift-giving as an apology and/or an admission of guilt.

DOE stated that on December 14, 2021, ROE verbally ended their sexual relationship; she said she really liked him but that their arrangement was no longer working for her. DOE interpreted this to mean that they would not engage in any form of intimacy moving forward. DOE presumed that ROE made this decision in part because she was going back home during winter break to be with her longtime boyfriend. Later that same evening DOE privately confided in S-2 in the laundry room of Letts Hall; DOE disclosed that he and ROE had sex while she was high, and she pulled his penis into her vagina after he said, "wait no we should not…" DOE told S-2 that he believed he raped ROE because he did not force her off him. S-2 sent DOE a follow up text message about this conversation. EXHIBIT 3C.

DOE stated that sometime in mid-December 2021, he spoke to S-6 about the December 7 incident and his breakup with ROE S-6 was already aware of the situation from S-5 S-6 stated that S-5 heard about the incident from ROE and S-5 had surmised from ROE relaying of events that DOE had raped ROE Sometime in mid-January 2022, after the beginning of first semester classes, DOE also verbally told S-3 and S-4 his version of events – that ROE inserted his penis inside of her vagina without consent while she was high.

DOE stated that in mid-January 2022, he initiated a private conversation with ROE about boundaries because, despite initiating their breakup, she would send him flirtatious messages and show up at his door unannounced in the middle of the night to chat. During the boundaries conversation, ROE brought up the December 7 incident stating, without expounding, that she thought he was "responsible." Though DOE maintained that ROE was unclear about what he was responsible for and was not explicitly accusing him of raping her, he began apologizing. ROE said, "It's just one of those things that happens." At some point during the conversation, DOE said, "Wait but you pulled me inside of you – you took responsibility for initiating." ROE exclaimed, "Are you blaming me?" DOE became frightened and denied blaming her for anything. ROE said, "You are bigger and stronger than me. If you did not want to [have sex] you could have forced me not to." ROE then said she "guided [his penis] into [her vagina]" so that she would not get "physically hurt." ROE did not elaborate. DOE stated he responded to ROE the way he did during their conversation because confrontation makes him nervous. Approximately three days after this conversation, ROE and DOE reconciled and resumed texting, flirting, and cuddling, without sexual contact.

DOE stated that on January 24, 2022, ROE sent him a text message on Snapchat about the December 7 incident. DOE provided the screenshots of the messages; relevant parts are duplicated below:

8

# OFFICE OF EQUITY & TITLE IX

> Hey **DOE** I feel like I need to say a couple of things….When we are alone, you are apologetic about raping me and are constantly coddling me and complimenting…Now let's talk about consent. Under no circumstances ever can I consent to you after drinking or smoking. Nothing sexual should be happening when I am under the influence and you're sober. Consent needs to be asked for before you do something. **EXHIBIT 3E.**

**DOE** responded:

> I can't find the words to say how sorry I am and how much I regret lying about what happened. When I lied, it was before I was honest with myself. If you would like, I will tell **S-4** the truth, whenever he is done quarantining. I regret that night immensely. **EXHIBIT 3E.**

**DOE** stated that he sent this message despite believing that he was the assaulted party on December 7 because he felt "unsafe." He wanted to avoid confrontation because he had a history of people being physically violent when he said things they do not like.

**DOE** stated that on January 25, 2022, he and **ROE** met privately in his room to discuss breaking up. **ROE** began the conversation by saying, she "had no idea how much [he] lied." **ROE** requested an explanation of what occurred during the December 7 incident from **DOE** perspective. **DOE** began relaying his version of events: **ROE** told him to remove his pants; she removed her own pants; **ROE** put his penis inside of her; and **DOE** said, "wait no we should not…" **ROE** interrupted **DOE** and told him he was lying. **DOE** began hesitating and said, "uh…" **ROE** began nodding her head, which **DOE** interpreted as her goading him and his story in a different direction. **DOE** began saying the phrase, "Are you sure…" which is what he believed **ROE** wanted him to say, as indicated by her continued nodding. **DOE** stated that at this moment, he began doubting his own memories of that night, stopped believing his version of events, and believed that he was "delusional" in believing he was the assaulted party. During **DOE** respondent interview on April 26, 2023, he heard the recording of the January 25, 2022, conversation and admitted that the exchange he had provided was not in the recording. **DOE** could not recall when the "are you sure" exchange occurred, but believed the conversation occurred on or around that time.

**DOE** stated during their January 25, 2022, conversation **ROE** proceeded to share her version of events: she did not like that **DOE** picked at her waistband; decided to get high to prevent another argument; **DOE** forced her down to her knees (for oral sex) to which she said no; and said that **DOE** comment, "wait no we should not" did not occur.

**DOE** stated he felt he could not correct or challenge **ROE** regarding her version of events because he thought it was dangerous to do so. **DOE** stated that during the conversation **ROE** was sitting on his bed, and he was at his desk with his head in his hands. He felt sick and lightheaded and was trying not to pass out. He considered **ROE** conduct threatening because she gave him a 24-hour deadline to correct the narrative amongst those in their friend group, though he was unsure what would happen if he did not comply. Additionally, when **ROE** left the room and gave him a hug, **DOE** interpreted that as a potential threat because she could hit him, so he swatted her away.

**DOE** was unaware that **ROE** recorded this conversation until his respondent interview with the investigator on April 26, 2023. **DOE** prefaced listening to the audio recording by explaining that he was under duress when he made these statements and told **ROE** what she wanted to hear because, by that time, he did not understand that he was the assaulted party, feared **ROE** would engage in physical violence, and feared accusations of victim-shaming.

9



# OFFICE OF EQUITY & TITLE IX

**DOE** stated that within the hour of speaking to **ROE** on January 25, 2022, he told **S-2** and **S-6** that he was a liar and guilty of rape when all three were together in **DOE** room. Shortly after, he separately told **S-3** and **S-4** that he was a liar and rapist.

**DOE** stated that on or around early spring 2022, he met with a former AU Equity and Title IX Investigator, when he served as a witness in an unrelated Title IX investigation. That investigator explained the difference between "high" and "too high." That conversation helped him understand that **ROE** was indeed not too high during the December 7 incident.

**DOE** stated that on April 27, 2022, **ROE** posted flyers with **DOE** image and selected Snapchat messages where **DOE** apologized for raping her. **EXHIBIT 3H**. Shortly after, **S-2** and **S-1** informed him that people approached them asking for **DOE** which led **DOE** to believe his safety was in jeopardy. **EXHIBIT 3M & EXHIBIT 3I**. In early May 2022, **ROE** sent messages to **DOE** mother and sister via social media informing them that **DOE** was responsible for raping her. **EXHIBIT 3K**. **DOE** stated that he intended to file a Title IX claim at that time, but that **ROE** **S-5** **S-6** and others verbally dissuaded him from doing so by claiming he was a "pathological liar" ineligible to file because he admitted to the rape, would never be believed, and that **ROE** deserved peace. **DOE** stated that this dissuasion prevented him from filing a Title IX complaint until several months later. **DOE** was also excluded from a prior agreed-upon living arrangement with **S-2** **S-1** **S-8** and **S-7** based on **ROE** allegations, which has caused **DOE** financial hardship. **EXHIBIT 3J**.

### ROE    *Account as the Complainant*

**ROE** stated that her friends-with-benefits relationship with **DOE** became confusing because **DOE** wanted a romantic relationship beyond their sexual relationship, which he expressed on unrecalled dates in fall 2021. On or around Thanksgiving Break 2021, **ROE** initiated a conversation about the state of their relationship. She wanted to explore whether the relationship could become serious, so she explained to **DOE** that she wanted to stop having sexual contact of any kind, except for kissing and cuddling, to determine whether feelings would develop. **DOE** sounded receptive to the idea of ceasing sexual contact since he was interested in exploring a serious relationship as well. **ROE** stated that over the next couple of weeks, **DOE** crossed the boundaries discussed by touching her breasts, buttocks, and clitoris without her consent when they would make out. On such occasions, **ROE** would reiterate that she did not want that level of sexual contact. **ROE** denied making the, "no – we are doing sexual things now" comment and maintained she did not renege on her stance for no sexual contact. Rather, **ROE** noted she did not make any sexual contact with **DOE** on the dates of the two alleged sexual encounters prior to the December 7th incident (December 4th and 5th). On the night of December 4th, she was hosting a guest overnight in her dorm room. **ROE** provided pictures demonstrating such. **EXHIBIT 15**. On the evening of December 5th, she was studying for finals with a friend in her dorm and then in the library. **ROE** provided text messages and study room reservations to demonstrate such. **EXHIBIT 15**.

**ROE** stated that on December 7, 2021, she verbally confronted **DOE** in the Letts Hall lounge because he was ignoring her. **ROE** cannot recall who else was present, but she felt remorseful for addressing their private issues in front of others. As such, they agreed via text message to meet in her room to discuss the matter and apologize.

**ROE** stated that when **DOE** arrived, he banged on the door of her dorm. **S-5** **ROE** roommate, left as **DOE** entered. **ROE** began apologizing, but **DOE** was very agitated, paced back and forth, and said, "You can never do that again. You can never embarrass me in front of our friends." **DOE** explained that he did not intend to ignore her, rather he was unsure of how to engage with her in public given the altered parameters of their relationship.

# OFFICE OF EQUITY & TITLE IX

ROE stated she was dissatisfied with the direction of how the conversation progressed, and she did not want to continue arguing or dwelling on the matter. So, she joked, "How could you ignore me in this outfit because I cannot even wear underwear with it." DOE came across the room to where ROE stood and pulled the waistband of her pants to check whether she was wearing underwear. ROE stepped away from DOE and said, 'What the fuck?' because she interpreted the conduct as crossing the boundary of no sexual contact. When ROE commented on DOE actions, DOE asked how else he was supposed to know whether she was wearing underwear.

ROE pulled out her "dab pen" containing concentrated tetrahydrocannabinol ("THC") and said she wanted to get high and move on. ROE proceeded to take 10 "hits" of her dab pen, which was way more than her typical three hits. She took all ten hits within five minutes, while standing by her dresser. DOE did not partake, but they resumed talking and began making out. ROE immediately began feeling very drowsy and "out of it." DOE put his hand on ROE shoulder to coax her to her knees to perform oral sex. ROE resisted and continued to kiss DOE repeated the motion again, but ROE was in no condition to do anything. ROE bent down and rested her head against his knee. Though ROE could not say for sure, approximately five to 10 minutes passed between ROE inhaling the marijuana and DOE nonverbal request for oral sex.

ROE knew she did not want to have sexual contact beyond kissing, but she could not verbalize that intent because of the effect of the marijuana. ROE could not recall what occurred next because she blacked out; she may have suggested they cuddle instead. The next thing she recalls is that she was on top of her lofted bed, but she could not recall how she got up there. ROE stated that while on the bed, she and DOE continued to make out with DOE lying on top of her. ROE stated that she has breaks in her memory at this point, but she was not unconscious.

ROE recalled that she was wearing her tiger's eye necklace, which began choking her. ROE could say as much to DOE but she could not unclasp the necklace herself because she felt that she could not perform the fine motor skills required to do so due to the effect of the marijuana. ROE said she could not get her brain to command her fingers to do that task. So, DOE removed the necklace and put it to the side of her bed. ROE stated she blacked out again. ROE stated that DOE took off his pants and hers may have already been off, though she did not know when or how those were removed. ROE stated that she believed that DOE also digitally penetrated her vagina; she did not recall when that may have occurred, but she recalled reporting such to S-5 after the incident and that DOE admitted to doing so on the January 25, 2022, recorded conversation about this evening. From the January 25, 2022, audio recording recollection of the evening, ROE admitted that her hand was on DOE belt, but she denied removing his belt. **EXHIBIT 7.**

ROE stated that the next thing she remembered was that DOE penis was pushing up against a cut she sustained on her labia while shaving, which had just barely healed. The pressure caused pain, so she reached down to push his penis over so that it was less painful. ROE remembered DOE penis entering her vagina but has no memory thereafter because she experienced tunnel vision and blacked out.

ROE *Response to* DOE *Allegation of Sexual Assault*

ROE categorically denied forcing DOE penis into her vagina; denied hearing DOE hesitate; and denied making any of the alleged comments during intercourse. ROE stated that the next thing she recalled is that S-5 asked her why she was crying at or around midnight. ROE was very disoriented during their brief exchange. ROE stated she woke up with blood in her underwear due to the cut. The investigator asked ROE about the underwear since earlier that evening she mentioned to DOE that she was not wearing any. ROE responded that she did not recall when she put on the underwear. She may have asked DOE to get her a pair or she may have obtained those herself.

11

# OFFICE OF EQUITY & TITLE IX

ROE stated that the evening of December 7 was the only instance wherein she blacked out or experienced breaks in her memory after using her dab pen. She regularly used her dab pen, but typically only took about three hits. Prior to the evening of December 7, she had never taken ten hits within such a short period of time. On a scale of one to ten, one being sober and ten being completely passed out, ROE stated she was at a nine or ten, given that she experienced unconsciousness, memory loss, extreme drowsiness, and disorientation. ROE explained that she did not have control over her body, and she had trouble coordinating her thoughts, speech, and movements. ROE did not experience vomiting, and she could not recall whether she had slurred speech or whether she had trouble walking because she was either leaning against something or laying down most of the evening.

ROE stated that she is typically relaxed, talkative, and/or social after taking her normal three hits on her dab pen, depending on the strain of THC; DOE has witnessed her take a few hits of her dab pen on other occasions, after which he has seen her behave gregariously.

ROE stated that on December 8, 2021, she spoke to S-13 about the incident because S-13 noticed that ROE appeared upset. ROE did not characterize the incident as rape because she did not know what to call it. ROE did not relay too many details about this incident because she did not want to damage the friend group. By December 9, 2021, ROE informed S-5 of what occurred, and she characterized it as non-consensual.

ROE stated that on December 10, 2021, she discussed the December 7 incident with DOE ROE did not use the word rape to characterize the incident but explained she was too high to consent. She also told DOE that he "crossed boundaries" and that he caused her physical pain, citing the blood in her underwear. DOE did not deny the situation and apologized for physically hurting her. He said he did not know how he could have done this to her, as she was the best thing that happened to him at AU. He said he really "screwed up." ROE denied telling DOE that she initiated sexual intercourse.

ROE stated later that day DOE asked her to stop by his room, which ROE was uncomfortable with. ROE gave DOE permission to come to her room; once there, DOE gave her gifts including books, popcorn, and cookies as a gesture of his remorse.

ROE stated that on and around December 11, 2021, DOE sent her Snapchat messages continuing to express remorse, saying, "I already felt terrible about lying about raping you" and "I was the only sober one." EXHIBITS 4 & 5. DOE sent such messages over winter break as well. In an early January 2022 Snapchat conversation, DOE and ROE agreed not to discuss the matter within their friend group, though ROE had already disclosed the incident to the female students within their friend group for emotional support. DOE and ROE intended to continue with their relationship as though the December 7 incident did not occur.

ROE stated that in mid-January 2022, her stance on no sexual contact remained unchanged because she still wanted to determine whether their relationship could develop romantically and because sexual contact with DOE would be triggering for her. However, on January 24, 2022, ROE stated that DOE grabbed her buttocks while they were cuddling in his room, which triggered ROE because she told him that she did not want that kind of contact. Despite telling him this, he grabbed her neck while they were making out. To ROE such was a violation of their agreed-upon boundaries, so she asked DOE to leave her room. ROE sent DOE Snapchat messages regarding these incidents and seeking consent. EXHIBIT 3E.

ROE stated that on or around this time, S-4 informed ROE that DOE was telling mutual friends that she coerced him into having sex the night of December 7. ROE spoke with DOE on January 25, 2022, about the night of December 7 because she wanted to know if he would tell her what he was telling others. During their private recorded conversation, ROE recounted her version of events and DOE said that her version sounded more correct than what he had been saying to others. DOE suggested he did not remember

12



# OFFICE OF EQUITY & TITLE IX

clearly despite being sober. **DOE** stated he was devastated about raping **ROE** and for lying about it; he characterized his version of events as "bullshit" and that he "fucking made it up." **DOE** admitted to telling **S-2** that he was a rapist, which was when he was being honest. **DOE** stated he told **S-3** and **S-4** that he was raped and promised to correct the narrative to anyone else he lied to. **EXHIBIT 7.** **ROE** was aware that **DOE** corrected the narrative to **S-3** but was unaware of others. **ROE** denied threatening **DOE** and goading **DOE** narrative in a different direction.

**ROE** became aware that flyers were placed in Letts Hall accusing **DOE** of rape on or around April 27, 2022. **ROE** denied involvement in posting them. Thereafter, several people including **S-2** approached **ROE** for her version of events, which she relayed to **S-2** and others who intended to live with **DOE** so that they can make informed housing decisions.

### *Witness Accounts*

#### **S-1**  *Account*

**S-1** stated that sometime in January 2022, he was present in **S-2** room when **S-5** came by to report that **DOE** raped **ROE** the previous month. The conversation was short, they thanked her for letting them know, and **S-5** left.

**S-1** discussed the allegations in early 2022 with **S-2** who heard details of the incident directly from **DOE** On unrecalled dates in early 2022, **DOE** also shared minor details of the incident with **S-1** Through these conversations, **S-1** understood that **DOE** believed the sexual encounter between him and **ROE** was "nonconsensual on both sides" because **DOE** had sex with **ROE** while she was high and that **ROE** emotionally manipulated **DOE** into having sex with her. **S-1** noted that getting **DOE** version of the incident was "weird" because it was confusing and difficult to understand, with details of the incident changing and contradictory over time when rehashed by **DOE** When the investigator asked which details were inconsistent, **S-1** could not recall specifics but stated that the "nonconsensual on both sides" statement remained a consistent element of **DOE** version of events over the majority of the spring 2022 semester.

**S-1** stated that on April 27, 2022, flyers were placed around Letts 4N stating that **DOE** was a rapist. Later that day, **S-1** was in a Letts Hall lounge with **S-2** when three unknown students from Anderson Hall came to Letts Hall asking for people who knew **DOE** The three students asked **S-1** and **S-2** if they knew **DOE** which made **S-1** and **S-2** uncomfortable. When the two did not immediately answer, the students asked if either of them were **DOE** **S-1** and **S-2** asked why they were asking about **DOE** The students stated they heard that **DOE** had raped a friend of a friend, and they wanted to know more details. **S-1** and **S-2** refused to answer questions about **DOE** whereabouts and said they would not engage in conversations that did not concern them. The students left. **S-1** noted that the encounter lasted only a few minutes, and the students' demeanor was curious and not angry. Shortly after this encounter, **S-1** texted **DOE** to let him know that the students had been inquiring about him. **EXHIBIT 3I.**

**S-1** stated that shortly after April 27, 2022, during verbal conversations about the flyers with **DOE** and **S-2** **DOE** became agitated and angry, raised his voice, and threatened to file a Title IX complaint against **ROE** When **S-1** and **S-2** asked why he would file a complaint against her, he said because he thought she was behind publishing the flyers, she purportedly slapped him on an unspecified date, and that "people were coming after" him, which made him believe his safety was in danger. **S-1** and **S-2** clarified that the students did not want to harm him but were interested in gossiping.

**S-1** stated that after the publishing of the flyers, **DOE** verbally repeated to **S-1** that his sexual encounter with **ROE** was nonconsensual on both sides because **ROE** was high, and he felt emotionally manipulated

13



# OFFICE OF
# EQUITY & TITLE IX

into having sex. **DOE** also stated, "he did not realize how high" **ROE** was. Shortly after, **S-1** **S-3** **S-2** and **S-8** met with **ROE** to discuss her version of the incident with **S-5** present. **ROE** stated that she was "really high," and that **DOE** raped her. She said she did not remember what happened, but she woke up with blood in her underwear. They asked **ROE** about **DOE** slapping allegations. She did not know what **DOE** was referring to, but she presumed any such physical touch must have been playful. When **ROE** and **S-5** left the room, **S-1** **S-3** **S-2** and **S-8** discussed the allegations and concluded that **ROE** was truthful, and **DOE** lied about and/or downplayed the extent to which he was responsible for misconduct to make himself look better. **S-1** **S-3** **S-2** and **S-8** had plans to live with **DOE** the following semester, but they drafted an email informing **DOE** that they no longer wanted to live with him. **EXHIBIT 3J**. **S-1** has not talked to **DOE** since then.

**S-2**   *Account*

**S-2** stated they were aware that **DOE** and **ROE** had a sexual relationship in fall 2021. Through conversations with **DOE** and **ROE** around this time, **S-2** understood that **DOE** and **ROE** relationship was not romantic, though **DOE** wanted it to be and **ROE** entertained the possibility of such. In wanting to ascertain whether their sexual relationship would develop into a romantic relationship, **ROE** wanted to put the sexual element of their relationship on hiatus to ascertain whether she had feelings for **DOE**

**S-2** said they and **DOE** were close friends at the time, and on December 14, 2021, **DOE** confided in **S-2** in the Letts Hall laundry room. **DOE** was visibly shaken and explained that during a recent sexual encounter, **ROE** was not sober, but she really wanted to have sex. **DOE** was hesitant and had last-minute reservations about having sex, but **ROE** forcibly pulled his penis into her vagina. **S-2** stated that later that night, **DOE** seemed to have "a weird epiphany" that he had raped **ROE** **S-2** believed that the events **DOE** had described did not fit the definition of rape, which they tried to explain to **DOE** **S-2** presumed **DOE** was shaken up and needed time to process the incident. **S-2** may have had other conversations with **DOE** about the incident but could not recall details.

**S-2** and **S-1** were in **S-2** room sometime in January 2022, when **S-5** entered the room saying she heard what **DOE** was telling people - that **ROE** had pulled his penis into her vagina. **S-5** explained that **DOE** claims were not accurate and left the room shortly after.

**S-2** stated that on April 27, 2022, unknown persons posted flyers stating that **DOE** was a rapist. **S-2** and **S-1** were in the Letts Lounge when two female students from another floor approached them asking whether they were **DOE** or if they knew him. **S-2** perceived their conduct and questioning to indicate that they wanted the "gossip" because "something big" had happened on their floor. **S-2** informed **DOE** that the students inquired about him, which **DOE** presumed was tantamount to a security threat. However, **S-2** clarified that the students were curious and not threatening. **EXHIBIT 3M**.

**S-2** stated that later that evening **S-2** met with **S-5** in the Letts Hall laundry room, where **S-5** explained that on the night of the incident, **ROE** was not sober and that **ROE** and **DOE** agreed not to have sex. However, according to **S-5** **DOE** really wanted to have sex and pushed **ROE** down to perform oral sex, but it was clear she was too intoxicated for that to occur, so **DOE** raped her. Later that night, **S-2** approached **S-5** again about the incident to ensure they understood. **S-2** spoke to **S-5** and **ROE** that night in **ROE** and **S-5** room. **ROE** confirmed what **S-5** said in the laundry room. **S-2** could not recall what intoxicant **ROE** said she used, but stated that **ROE** conveyed that she was "incredibly out of it" and could not consent. **S-2** believed **ROE** version of events.

14



# OFFICE OF EQUITY & TITLE IX

S-2    stated that on April 28, 2022, those who intended to live with **DOE** the following academic year met to discuss the allegations regarding **ROE** and    S-5    **ROE** relayed to the group what she told    S-2 the previous night. The group decided against living with **DOE** because they believed    **ROE**    version of events. They emailed **DOE** of their decision that day. **EXHIBIT 3J.**

S-3    *Account*

S-3    stated that in mid-January 2022, he, **DOE** and    S-4    were in Letts Hall lounge completing a puzzle when **DOE** began recalling an incident during which he watched **ROE** "get high." **DOE** said that she was not able to take off her necklace by herself, so **DOE** had to remove it for her.    S-3    presumed from the context of the conversation, that **DOE** meant that **ROE** was too high to take off her necklace independently. **DOE** said the next thing he knew his clothes were off, and **ROE** had "pulled [his penis] into [her vagina]."    S-3    did not comment because he did not readily believe the account given his belief that **ROE** is a "good person."    S-4    encouraged **DOE** to speak to someone about what he relayed.

S-3    stated that a couple of days later, **DOE** requested to speak to    S-3    in the latter's room alone. **DOE** stated, "I lied to you the other night. I was not raped." **DOE** went on to state, "I made mistakes that night, I was lying to myself about what happened, and that is why I said she raped me."    S-3    encouraged **DOE** to apologize and seek therapy.

S-3    stated that in May 2022, flyers were hung up in the dorms calling **DOE** a rapist. **DOE** texted    S-3 saying he wanted to talk, so **DOE** met    S-3    in    S-3    room to discuss the flyers. **DOE** told    S-3    that he was mentioned in the flyers since they referenced people who were slated to live with **DOE** the following academic year.    S-3    asked **DOE** whether he raped **ROE**    **DOE** paused and said yes, without expounding. After a long silence,    S-3    attempted to get **DOE** to leave his room as quickly and as politely as possible.

S-3    stated later that day, he informed the group he was slated to live with – **DOE**    S-2    S-1    **S-7** (last name unknown), and    S-8    – that he no longer wished to live with them.    S-3    believed he could not live with **DOE** after this incident, though he did not state that directly to the rest of the group. A couple of days later, that same group discussed the flyers. **DOE** stated he wanted to "Title IX [ **ROE**    before she could Title IX [him]." In explaining the basis for his Title IX claim, **DOE** referenced a slapping incident and pressed    S-3 to recall an incident wherein **ROE** slapped him the night they were talking about "space" and "eyes."    S-3 told **DOE** he had no recollection of the incident. **DOE** responded, "I need you to remember."    S-3    has not spoken to **DOE** since spring 2022 but remains friends with **ROE**

S-4    *Account*

S-4    is currently a second-year student at AU.    S-4    was part of the extended friend group that included **DOE** and **ROE** while he was a first-year student who also resided in Letts Hall.

S-4    stated that on an unrecalled date sometime during his freshman year, **DOE** spoke to    S-3    in the latter's dorm room. **DOE** relayed the details of a sexual encounter during which **ROE** was high and wanted to have sex with **DOE** but **DOE** was not "comfortable with the circumstances." **DOE** disclosed that he and **ROE** had sex nevertheless.

S-3    stated that the next day, **ROE** asked him whether **DOE** told him about an incident that took place between her and **DOE**    **ROE** was vague and did not expound, but    S-3    presumed

15



she was referring to the sexual encounter **DOE** recently informed him of and answered in the affirmative. **S-5** was present, but the group did not discuss the matter further.

**S-4** said that approximately a day later, **DOE** asked to speak to him again but did a "360 flip." **DOE** revisited the encounter he had recently told **S-4** about. **DOE** repeated that **ROE** was high and wanted to have sex, but that **DOE** was hesitant. **DOE** went on to state that **ROE** rolled her eyes and "shoved his dick into her." During the conversation, **DOE** seemed hesitant but assumed responsibility for sexually assaulting **ROE** because she was high. **S-4** did not recall further details about this incident.

**S-4** stated sometime after this conversation, flyers were posted in the early morning across Letts hall calling out **DOE** and **ROE** former friends.

When **S-4** reviewed his statement with the investigator via Teams on June 2, 2023, he requested that the investigator remove all references to **ROE** intoxication from his statement because he stated he could not recall if that is what **DOE** said. **EXHIBIT 9.**

**S-5**  *Account*

**S-5** is currently a second-year student at AU. She was **ROE** roommate and part of the extended friend group that included **DOE** and **ROE** while she was a first-year student who also resided in Letts Hall.

**S-5** was aware of **ROE** and **DOE** friends-with-benefits relationship by virtue of her being **ROE** roommate and **S-6** ( **DOE** roommate) girlfriend. **S-5** was protective of **ROE** and she monitored their relationship closely because **ROE** told her that she did not want "things to move quickly" with **DOE** and because of **DOE** hostile behavior toward **S-5** when she intervened between **DOE** and **ROE** **S-5** expressed her concerns to **ROE** about **DOE** pressuring her to be in a relationship after **S-5** witnessed **DOE** intensifying advances towards **ROE** Specifically, on October 30, 2021, when **ROE** and **S-5** had been drinking with their friend group, **S-5** had to intervene between **DOE** and **ROE** **DOE** was sober and had gone to **ROE** room with an intoxicated **ROE** **S-5** afraid that **DOE** and **ROE** would have sex, knocked on **ROE** and **S-5** dorm room door asking them to open it. After a minute, it opened and **S-5** asked **DOE** to leave and to stop making advances toward **ROE** when **ROE** was intoxicated.

**S-5** said that on December 7, 2021, she was in the lounge with **ROE** **DOE** and others. **ROE** attempted to sit next to **DOE** in the lounge; **DOE** responded with hostility and may have tossed a pillow in response. **ROE** verbally confronted **DOE** about his conduct, which included ignoring her and "treating her differently." That led to a larger argument between the two, so **ROE** and **DOE** went back to their respective rooms.

**S-5** stated that when she returned to her room, **ROE** said that **DOE** was on his way to talk. Before she left to go to **S-6** room, **S-5** "hit [ **ROE** weed pen". As **S-5** tied her shoes to leave, there was a slam on the door followed by loud knocking. **ROE** opened the door and a visibly agitated **DOE** entered, standing in the doorway. **S-5** finished tying her shoes as **DOE** stared silently at her. **S-5** trying to leave quickly because of **DOE** aggressive behavior, handed **ROE** the weed pen and had to "squeeze" passed **DOE** to leave the room as he would not make way for her to leave.

**S-5** and **S-6** spent time in **DOE** and **S-6** room until 11 p.m. or 12 a.m., a few hours after the initial altercation between **ROE** and **DOE** On or around that time, **S-5** and **S-6** texted **ROE** and **DOE** without any response from either. **S-5** left the room and waited in the lounge for her room to become available. However, from the lounge, **S-5** noticed **DOE** pacing in the hallways, something **S-5** knew

# OFFICE OF EQUITY & TITLE IX

DOE did when he was upset. This also signaled to her that she could return without interrupting DOE and ROE

S-5 entered the room quietly. Because it was dark, S-5 assumed that ROE was asleep. However, ROE sat upright in her bed with tears running down her puffy face. ROE was mumbling unintelligibly, visibly disoriented, and breathing heavily. S-5 asked what happened and why ROE was crying. ROE said, "What do you mean. I am just asleep. Where am I?" in a slurred and difficult-to-comprehend fashion. During the brief questioning, ROE would pause, close her eyes, and say "um" then open her eyes, seeming unable to understand the words S-5 was saying. S-5 presumed that ROE may have been crying in her sleep, so she stopped questioning ROE because that made her more distressed. S-5 stated that ROE seemed dissociated and "very out of it", looking through S-5 when trying to communicate. ROE was also looking around the room with her eyes not focused on any one thing. S-5 has seen ROE high dozens of times and she had never witnessed her in such a state of disorientation – unable to comprehend or communicate. S-5 said that when she has witnessed ROE under the influence of marijuana, ROE usually takes three to five hits on her pen and is giggly, social, and talkative.

S-5 said she tucked ROE back into bed, and the next morning, ROE informed her that she and DOE had sex the previous night. This concerned S-5 because she knew that in the days before, ROE had told DOE she did not want them to have sex anymore as she wanted to slow down in order to explore a romantic relationship. ROE also had sustained a cut on her vagina that was healing. During the December 7 incident, that cut reopened, according to ROE

S-5 stated she had long-standing concerns about DOE inability to ask for consent prior to touching ROE As such, S-5 surmised DOE raped ROE but she did not say that to ROE explicitly. Later that day S-5 walked into their room to find S-13 consoling ROE who was in tears. Thereafter ROE used the term "rape" to describe the encounter. S-5 suggested that S-6 address DOE directly, among other potential solutions.

S-5 said that approximately two or three days after the incident, ROE disclosed to her the full account of what occurred on December 7. ROE told S-5 that when DOE arrived to their room to speak to ROE DOE claimed that ROE was not entitled to his attention because she was "not as interesting as their other friends." After S-5 left the room, ROE attempting to move the conversation with DOE away from their argument, mentioned that her outfit was not comfortable because it was not suitable for underwear. As she said this, standing by the door, she did a spin to show DOE her outfit. DOE then walked across the room towards her and tried to push down her pants "to check" if ROE was wearing underwear. ROE then moved away, making a disapproving comment at DOE attempt to remove her clothing, and grabbed the weed pen from her dresser and got high as DOE watched.

S-5 stated ROE recalled that they began making out. DOE pushed ROE down to perform oral sex, but ROE could not do so because she was too high at that point. So, she leaned against his leg. ROE wanted to cuddle, so they went to her bed to do so. However, she could not take off her tiger's eye necklace because she was too intoxicated and DOE had to remove it for her. After both got into the bed to cuddle, DOE initiated making out. ROE was intoxicated and her focus went in and out. ROE explained that all of a sudden, DOE was putting his penis inside of her vagina. ROE was not "wet enough" and the act made the cut on her vagina painful. She then tried to push his penis away from the side of her vagina with the cut. ROE then said that DOE stayed in the bed until she fell asleep.

S-5 said that in or around January 2022, S-6 told S-5 that DOE was saying that he felt "guilty" and "could not live with himself." S-5 and S-6 were concerned about DOE mental health and considered filing a wellness report. On or around that time, S-5 learned from S-6 that DOE was changing his narrative of what occurred on December 7. One of DOE versions was that he was the guilty rapist. Another

17



# OFFICE OF
# EQUITY & TITLE IX

version was that he could not recall the details of that evening; another was that **ROE** pulled his penis inside of her vagina; another was that **ROE** pressured him into having sex and/or "did something to him" on a later date. **S-5** also became aware from speaking to **S-6** that **DOE** accused **ROE** of slapping him in the lounge in front of **S-3** which **S-3** did not recall. **S-5** stated that after **S-3** told **DOE** he did not remember this happening, **DOE** changed his story by saying it happened in **DOE** or **ROE** room, not the lounge. **ROE** told **S-5** that she did not know what **DOE** was referring to and that she had never hit him. **S-5** noted that **ROE** version of events never changed.

**S-5** stated that by the end of January 2022, she would physically intervene when **ROE** and **DOE** would interact, and she told **DOE** on dozens of occasions that he needed to stop pursuing **ROE** Whenever **S-5** would enter the lounge or public areas where **ROE** and **DOE** were interacting, **DOE** would increase his touching of **ROE** and would make a point to stare at **S-5** as he did. When **S-5** would ask **DOE** to "stay away" from **ROE** **DOE** would laugh at **S-5**

stated that on January 28, 2022, **ROE** informed her that **DOE** admitted to lying to their floormates about the December 7 incident, admitted to raping her, and apologized for his conduct. **ROE** told **S-5** that **DOE** admitted to lying to **S-4** **S-3** **S-6** and **S-2** and said he would tell those individuals the truth. **S-5** was aware that **DOE** told **S-2** that he was a liar and a rapist but unaware if others were informed of the truth.

#### S-6 *Account*

**S-6** was aware that **DOE** and **ROE** were friends with benefits. Since **ROE** and **S-5** **S-6** girlfriend, were roommates, the four often communicated when each couple needed private time in their rooms with their respective partners. In early fall 2021, **S-6** said he witnessed **DOE** touch or hold **ROE** in ways which he believed made **ROE** uncomfortable. **S-5** also informed **S-6** in October and November 2021 that **DOE** attempted to have sexual contact with **ROE** while she was intoxicated. **S-6** said he repeatedly had conversations with **DOE** about consent, which **DOE** seemed to "laugh off."

**S-6** said that on December 7, 2021, he and **S-5** were supposed to have exclusive access to **S-6** and **DOE** room. However, **DOE** was very upset and paced throughout their room. **S-6** texted **S-5** that they would be unable to use the room as planned. **S-5** explained that **ROE** and **DOE** were arguing. **DOE** ultimately went to **ROE** and **S-5** room, and **S-6** spent time with **S-5** in his room until around 11 p.m. On or around that time, **S-5** and **S-6** had been texting **ROE** and **DOE** regarding when **S-5** would be able to return to her dorm room, but neither of them answered. **S-5** left and waited in the lounge to enter her room.

**S-6** stated that over the next few days, **S-5** informed him that something nonconsensual happened and that **ROE** relayed to **S-5** that she was hurt. **S-6** spoke to **DOE** about the incident, and **DOE** said that he could not recall details other than that he and **ROE** had sex.

**S-6** stated that about a week later, **DOE** asked **S-6** whether he wanted to know what occurred on December 7. **DOE** stated that he did not want to have sex with **ROE** but she told him to undress. **DOE** said he "felt like he had to lie on top of her" because she wanted that, and she grabbed him by the waist and forced his penis inside her vagina. **S-6** said he had a lot of questions but felt uncomfortable asking. **S-6** said **DOE** informed others on their floor of this incident.

**S-6** stated that between December 2021 and early 2022, **DOE** version of that evening contradicted **ROE** version; **ROE** began sharing that something nonconsensual happened to her. On or around this time, **DOE** began expressing suicidal thoughts, including saying he wanted to jump in front of moving traffic. **DOE** would

18

# OFFICE OF EQUITY & TITLE IX

say that he felt guilty about what occurred and could not live with himself because of what he did. At this time, S-6 did not know what happened on December 7 due to DOE conflicting accounts.

S-6 said that sometime in January 2022, S-5 disclosed to him the details of ROE version of events: ROE was "really high," and S-5 saw ROE in their room asleep but sitting upright sobbing. S-6 was concerned that DOE did something "very bad" and avoided him moving forward because he was uncomfortable being around DOE

S-6 said that on April 27, 2022, flyers were posted calling DOE a rapist; those included Snapchat messages wherein he admitted to the rape. That same day, DOE came into their room saying he intended to file a defamation lawsuit and that S-6 would need to testify on his behalf. DOE claimed to have filed the lawsuit, but when S-6 confronted him about it on April 29, 2022, DOE said he never filed it.

### S-8    Account

S-8 is currently a second-year student at AU. He was part of the extended friend group that included DOE and ROE while he was a first-year student who also resided in Letts Hall.

S-8 stated that DOE began sharing details about his relationship with ROE in February 2022. DOE disclosed to S-8 that he potentially had nonconsensual sex with ROE because she was under the influence of marijuana during their encounter. DOE told S-8 that ROE was aware of what was going on during their sexual encounter and was able to consent. S-8 trusted DOE account and did not think about the matter further until the end of the spring 2022 semester when flyers were published accusing DOE of rape. S-8 reevaluated the situation and discussed the matter with S-2 S-1 and S-7 whom all had agreed to live with DOE the following semester. S-2 who had been aware of the situation since January 2022, told S-8 that DOE story had changed several times over the semester.

S-8 felt as though he had to decide who he would support. So, he discussed the allegations with ROE and a group of students including S-16 S-17 and S-12 during separate conversations. They all relayed ROE version of the story, which remained consistent: ROE and DOE fought; ROE was high; DOE went to speak to her; ROE was in no state to talk due to incapacitation; DOE took advantage of her sexually while in that state; ROE had a cut near her vagina which reopened due to the incident.

S-8 said that on or around this time, he spoke with DOE who informed him that ROE had raped him. S-8 was unsure whether DOE and ROE were referring to the same incident or whether DOE perspective had changed over time. However, DOE asserted that ROE was of "sound mind" on the day he allegedly raped her.

### S-9    Account

S-9 is currently a second-year student at AU. They met ROE and DOE as a first-year student who resided in Letts Hall..

S-9 stated that sometime in December 2021, DOE disclosed that he had a sexual encounter with ROE while she was high. S-9 recalled that DOE seemed frustrated by the incident because ROE wanted to do "sexual things" with him while she was high. However, DOE seemed to frame their encounter as though she took advantage of him, which confused S-9 because DOE admitted to being sober during the incident.

19



S-9   stated that   S-9   was high during the conversation, and as a result, they could not fully recall the details of their conversation with **DOE**

S-9   stated that when the flyers accusing **DOE** of sexual assault were published toward the end of the spring 2022 semester, they spoke with   S-1   their roommate, about the allegations.   S-1   planned on living with **DOE** the following semester but had decided not to live with him because his recounting of the incident was inconsistent and changed over time, unlike   **ROE**   account.

## S-7 *Account*

S-7   is currently a second-year student at AU. He was part of the extended friend group that included **DOE** and   **ROE**   while he was a first-year student who also resided in Letts Hall.

S-7   stated he was generally aware that **DOE** and   **ROE**   had a sexual relationship and became aware of their relationship problems in spring 2022 via   S-2   or   S-1   S-2   and   S-1   reported that **DOE** stated that there were sexual and nonsexual things that **DOE** was "not fully comfortable with" that occurred with   **ROE**

S-7   stated that on or around April 20, 2022, **DOE** sent him a picture of a flyer via Snapchat accusing **DOE** of rape.   S-7   S-2   S-1   S-3   and   S-8   intended to live with **DOE** the following academic year, and the group except for   S-7   met with   **ROE**   and   S-5   to discuss the sexual assault allegations. S-7   could not be present in person due to COVID-19, so the group debriefed him after their meeting with   **ROE**   and   S-5   S-7   stated that the gist of his conversation with the group was that **DOE** was "not fully honest" and that **DOE** sexually assaulted   **ROE**   S-7   stated that the group drafted a letter stating they were deeply upset by how **DOE** treated   **ROE**   and how he lied to them. **EXHIBIT 3J.** As such, the group elected not to live with him. **DOE** sent   S-7   a text message on or around this time apologizing for lying.

People

- **S-5** – **Roe's** Roommate

- **S-6** – My Roommate

- **S-4** – Disclosed events to

- **S-3** - Disclosed events to

- **S-1** – Disclosed events to from **Roe's** POV

- **S-2** - Disclosed events to

- **S-7** - Disclosed events to from **Roe's** POV

- **S-8** - Disclosed events to from **Roe's** POV

- **S-11** – Provided **Roe** with infrastructure for proliferating my name as a rapist in fall 2022. Most likely has had **Roe's** POV disclosed to her, but when **Roe's** recollection appears to be different

- **S-12** – was described in flyer in spring 2022, had **Roe's** POV disclosed to her but at different time

**Images**









**ME**

I've been realizing very quickly recently that most of the romantic relationships that I have witnessed were not good ones

So im learning from scratch here

But we would probably never work because i am too weak of a person and you are too strong of an influence on me

DECEMBER 23RD, 2021

**ME**

Did u ever transfer ur AP credits?

DECEMBER 25TH, 2021

**ME**







of my friend group. When I woke up the next morning, with tear-stained cheeks and blood in my underwear, I felt confused and betrayed.

I confided in the girls on my floor, and tried to reconcile with my rapist. It felt awkward to not forgive him. I did not want to cause tension amongst our friend

group. But when I found out he had been lying to our floormates to turn them against me, while taking full responsibility for his actions to my face, I was devastated. I cut contact with him, and I anticipated my friends would be disgusted with his behavior. Yet some of my friends were planning on rooming with him for







G



# #MeToo
# NEWSPAPER
27 April 2022

## SHOCKING NEWS

On December 7th, 2021, an AU student identified as **DOE** raped a girl while she was high. This event followed an argument between the two, and occurred after the rapist had watched the victim get high. He pushed the victim to her knees and encouraged her to perform oral on him. When she refused and leaned against his thigh, clearly too high to continue, they got in bed to cuddle instead. The rapist then had intercourse with the victim.

### 7 December, 2021

**DOE**

**S-19**

**DOE**

## Do "Good Guys" Rape?

In a shocking turn of events, after the victim did not pursue legal remedies, **DOE** told his close friends that he had been coerced into having sex with the victim. When confronted, he promised to tell everyone the truth. Even still, five individuals on his floor have decided that rape is not enough to stop them from living with him next year. Even alleged friends of the victim were sympathizers. In front of the victim, they expressed how "messed up it is that no one planned anything for his birthday." On April 22nd, they called **DOE** to get him to pick them up after a night at the club. Evidently, **DOE** is still a good guy in the eyes of those who know him best.

**Local Rapist Surrounded by Sympathizers on Most Liberal Campus in Nation**

I understand and I am sorry. I will try to do better. I can't say I will do better because I already did and broke that promise.

I need you to never ever value my comfort, it doesn't make things better. I already felt terrible about lying about raping you and breaking my promises to do better. Dancing around it does not make me feel better.

Can you honestly say that you will be able to trust me and feel safe around me again? If not, what are we doing?

I am profoundly sorry for my lies and my failures.

I was raped in my freshman dorm room on December 7th, 2021, when I was intoxicated and could not consent. My rapist was someone I had trusted —



**S-1**
to me ▾

Thu, Apr 28, 11 54 PM (7 days ago)    ★    ↩    ⋮

**DOE**

In light of the situation with you and **ROE** we wanted to share our thoughts to let you know how we feel about everything. To start. We don't feel comfortable living with you next year. We feel like trust has been broken between us regarding recent developments. After the posters, we spoke with **ROI S-5** and others, and ultimately believe there is truth in what they say. We believe that you think you're telling the truth, but what everyone has said has corroborated with each other. It wasn't an easy decision for us, and we are sorry that it had to come to this, but we feel that this is necessary.

**ROE**

In regards to storage. We will not be leaving things with you tomorrow.

Regardless, we still wish you the best,

**J** S-7 S-1 S-2 and S-8





I have never filed a Title IX case against my rapist at AU. I am rightfully disillusioned by the Title IX Office. They do not seek justice; they do not protect victims; they resolve the cases with the lowest possible sanctions to protect the university from legal ramifications from either party.



**Tuesday · 12:48**

> Why do you ask?

**E** just curious

**Wednesday · 14:47**

> Yeah, don't tell anyone

**E** Understood. Good luck

**Yesterday · 00:13**

> Just out of curiosity, how did I consent, no one ever told me the story. If you don't know, don't ask anyone, please.
> Sat 00:13 · Delivered



M

