# EXHIBIT E

# AMERICAN UNIVERSITY

W A S H I N G T O N , D C

OFFICE OF THE DEAN OF STUDENTS

December 6, 2023

Dear **DOE** ,

On December 1, 2023, a Sanctioning Panel was convened as a result of the finding of responsibility by the Hearing Panel that you, Respondent **DOE** , violated the University's Title IX Sexual Harassment Policy by engaging in the prohibited conduct of sexual assault (rape). A copy of the written determination was provided to you by the Office of Equity and Title IX on November 14, 2023 and is provided again now. After reviewing the recommendations from the sanctioning panel, I am implementing the following sanctions:

1. Suspension
   Complete by: May 15, 2025
   You are suspended from American University. Suspension results in exclusion from university premises and other American University privileges or activities. This action will be permanently recorded on the student's academic transcript. A student who is suspended is ordinarily entitled to resume studies in the same college or school at the conclusion of the period of suspension provided he or she has satisfied all requirements which were imposed. Stops are placed on a student's account when they are suspended from the university. This stop prevents a student from requesting a transcript through the myAU portal. Please visit the AU Central website to review information about how to request transcripts:
   https://www.american.edu/provost/registrar/studentservices/transcripts.cfm

2. Removal from University Housing
   You are permanently removed from university housing effective on the start date. If you need access into the residence halls, you are required to obtain prior written permission to enter the building by contacting the Student Conduct office via email at conduct@american.edu no less than two (2) business days in advance. Students that have been removed from university housing may not be allowed to study abroad on a program where students are required to live in program-arranged housing.

3. No Contact Order
   No contact orders will be issued by the Office of Equity and Title IX and will remain in place between the respondent and complainant for the duration of the disciplinary suspension and enrollment at American University.

4. Educational Module and Written Reflection
   Complete by February 1, 2024
   You are to complete an on-line module on sexual assault.  This module will be provided to you by the Office of Equity and Title IX.  Once complete you will submit a two-page paper summarizing the module, what you have learned as a result of the module and conduct

BUTLER 408

4400 MASSACHUSETTS AVENUE, NW  WASHINGTON DC 20016-8148  202-885-3300  FAX: 202-885-1560

www.american.edu/dos



process and how you will use this information moving forward.  Paper should be submitted to conduct@american.edu prior to the indicated deadline.

5.  Readiness to Return from Suspension Meeting
    Complete by May 1, 2025
    You must complete the following Readiness to Return requirements in advance of the end date for your suspension prior to your return and registration of future classes.

    -Petition Letter: You must submit a petition letter that outlines what you have done during your time of suspension, requesting to be return to the university, what you have learned from the student conduct process, and outline your support plan for returning to the AU community.

    -Sworn and notarized affidavit: You must submit a sworn and notarized affidavit that you have complied with all sanctions imposed and have not been found responsible or guilty for any charges at an institution that you attended during suspension, or convicted of any violation of federal, state, or local laws during your period of suspension.

    -Affirmation: You must submit an affirmation that you have completed all sanctions imposed as a result of this incident. Meeting with Dean of Students: You must schedule a meeting with the Dean of Students by April 15, 2025 to review all of the information submitted and determine your readiness to return to the AU community.

Information on Appeal Process

To appeal, the appeal must be submitted, in writing, to the Vice President of Student Affairs or their designee within seven (7) calendar days after written notice of the outcome. The other party will be provided with the appeal submission and will have seven (7) calendar days to submit a response. The appeal should be submitted to equityoffice@american.edu.

You may appeal the outcome on one or more of the following grounds:
a)  Procedural irregularity that affected the outcome of the matter;
b)  New evidence that was not reasonably available at the time the determination regarding the responsibility or dismissal was made, that could affect the outcome of the matter;
c)  The Title IX Coordinator, Investigator or decision-makers had a conflict of interest or bias for or against complainants or respondents generally, or the individual Complainant or Respondent that affected the outcome of the matter; or
d)  Insufficient/excessive sanctions.

**AMERICAN UNIVERSITY**

W A S H I N G T O N ,   D C

OFFICE OF THE DEAN OF STUDENTS

The Vice President of Student Affairs or their designee will normally provide both parties, simultaneously and in writing, an appeal outcome letter, describing the results of the appeal and the rationale or the result within five (5) calendar days after the other party's opportunity to respond to the appeal has expired or the other party provides a written response to the appeal, whichever occurs first.

Please refer to the Title IX Sexual Harassment Policy for further information on the appeals process. If you have questions regarding the implementation of these sanctions, please me at jtbrown@american.edu. If you have questions regarding the process, please contact the Office of Equity and Title IX at equityoffice@american.edu.

Sincerely,

Jeffrey T. Brown
Interim Assistant Vice President of Student Affairs

cc:     Office of Equity and Title IX
        Student Accountability and Restorative Practices
             **ROE**        , Complainant

BUTLER 408

4400 MASSACHUSETTS AVENUE, NW  WASHINGTON DC 20016-8148  202-885-3300  FAX: 202-885-1560

www.american.edu/dos