# EXHIBIT G

**AMERICAN UNIVERSITY**

W A S H I N G T O N , DC

**DIVISION OF STUDENT AFFAIRS**

February 14, 2024

Dear **DOE**

Pursuant to the University's Title IX Sexual Harassment Policy ("Policy"), the Vice President of Student Affairs or designee will review appeals in cases where the Respondent has been found in violation of the policy and the Respondent is a student.  The determination of responsibility and/or the sanction(s) imposed may be appealed on the following limited bases:

    a.  Procedural irregularity that affected the outcome of the matter;
    b.  New evidence that was not reasonably available at the time the determination regarding responsibility or dismissal was made, that could affect the outcome of the matter;
    c.  The Title IX Coordinator, Investigator, or decision-maker had a conflict of interest or bias for or against complainants or respondents generally, or the individual Complainant or Respondent that affected the outcome of the matter; or
    d.  Insufficient/excessive sanctions.

You have appealed the outcome based on the following grounds:

- Misapplication of the definition of "incapacitation;"
- Investigator omission of evidence directly impacting your credibility; and
- Disproportionately harsh sanctions.

Based on a thorough and objective review of the underlying record of the investigation and hearing, the appealing party's written appeal statement, and the response to that statement by the non-appealing party, I have made the determination to affirm the findings and sanctions for the reasons identified below.

First, I have treated your appeal, which states that the Hearing Panel ("Panel") engaged in a "misapplication of the definition of terminology (incapacitation)," as one alleging a procedural irregularity occurred based on this alleged misapplication. However, I find that the panel followed standard procedures and utilized a definition of incapacitation that is consistent with the Policy.

Second, your appeal alleges that the investigator omitted certain evidence which precluded the Panel from assessing your credibility in a fair and impartial manner. Based on my review, I found that the final investigative report included Exhibit 14, which was submitted by you and specifically addresses the information in question. The Panel therefore had access to this evidence and could review it when assessing your credibility and making its decision. As a

# AMERICAN UNIVERSITY

W A S H I N G T O N , DC

**DIVISION OF STUDENT AFFAIRS**

result, I find no basis to overturn the Panel's decision on the basis that the investigator withheld or failed to disclose information relevant to the Panel's determination of your credibility.

Third and finally, your appeal alleges that your sanction should be reversed on the basis that it is disproportionately harsh. In assessing this appeal, I reviewed the sanctioning guidelines and assessed past cases involving a similar type of misconduct. I have found the sanction imposed here is reasonable in light of the facts and not disproportionate to the type of misconduct the Panel found to have occurred.

This decision is final and there is no further appeal process with the University. The University now considers this matter to be closed and the sanctions will go into effect immediately.

Sincerely,

Raymond Lu Ming Ou
Vice President of Student Affairs

cc:    Office of Equity and Title IX
       **ROE**