# EXHIBIT H



STUDENT ACCOUNTABILITY
AND RESTORATIVE PRACTICES

SENT VIA EMAIL

March 19, 2024

**DOE**

Case # 00319-001-2024

Dear **DOE**:

The Office of Student Accountability and Restorative Practices has received information that you may have allegedly violated the Student Conduct Code and/or Residence Hall Regulations on March 18, 2024 8:29 AM in . The Student incident report form found below describes the incident and alleged violation(s) in more detail.

This incident will be resolved through a disciplinary hearing and will be adjudicated by members of American University's Conduct Council. The purpose of a disciplinary hearing is to determine whether or not a student is responsible for the alleged violations based on information presented during the hearing. The Hearing Panel is responsible for evaluating information presented in the disciplinary hearing to make a recommendation of finding of responsibility and, if appropriate, sanctions that may include removal from housing, suspension or dismissal from the university. Findings of responsibility and sanctions are recommended to the Dean of Students, or designee, who will make the final determination. Per the Student Conduct Code, if a student with a pending student conduct matter withdraws from classes or takes a leave from the university, the Office of Student Accountability and Restorative Practices will proceed with this process as outlined in the Student Conduct Code.

*Our records indicate that you are not currently enrolled at American University.  As such, this matter will be considered pending, until such time that you request to have the matter resolved.  Please note that this matter must be resolved prior to returning to American University.*

**When you are ready to return to American University, you must schedule a pre-hearing meeting with Dr. Kernysha Rowe, Assistant Dean of Students, to review the disciplinary hearing process and to discuss scheduling the hearing. This meeting will be conducted virtually.  You will receive an email with a meeting link for your scheduled time.  While this**

**meeting is not required, it will include information that is important for you to understand in order to prepare fully for the disciplinary hearing.**

For more information about student rights and responsibilities during the disciplinary process, including submitting a written statement, having an advisor, and calling witnesses or providing witness statements, please refer to the Student Conduct Code and our website.

As stated in Section XVI of the Student Conduct Code, if a student fails to appear for a disciplinary hearing after proper notice, the Conduct Council will make a decision based on the information available at the time of the hearing.

The Family Educational Rights and Privacy Act (FERPA) and the University's Policy on Confidentiality of Student Records protects the confidentiality of student education records including discipline records. Student education records, such as discipline records, may only be released to third parties with prior written consent or as otherwise permitted by law. For more information about the University's Policy on Confidentiality of Student Records as well as information about releasing records to a third party, please visit our website.

If you need an accommodation for a disability during this process, please fill out the form linked below and a staff member from the Academic Support and Access Center will be in contact with you. Our office will partner with you and ASAC to facilitate accommodations that Academic Support and Access Center staff determine are reasonable. The form can be found here: https://american.co1.qualtrics.com/jfe/form/SV_6JQtXcciNjk4GpL

Please feel free to contact the Office of Student Accountability and Restorative Practices if you have any questions or concerns by calling (202)885-3300 or emailing conduct@american.edu. You can also visit our website at: https://www.american.edu/ocl/accountability/.


PLEASE DO NOT REPLY TO THIS SYSTEM EMAIL
c: File

_____

**American University Student Case Referral Form**

**Case Number:** 00319-001-2024

**Respondent:**    **DOE**

**AUID:** 5116359
**Campus/local address:** Duber Hall 209 4400 Massachusetts Ave NW

District of Columbia 20016

**Incident Information**

**Date and Time of Incident:** March 18, 2024 8:29 AM.

**Location of Incident:**  On-Campus

**Student Conduct Code (SCC) regulation(s) allegedly violated:**

2023-2024 VI. Prohibited Conduct/Q. Any university matters not covered by the Academic Integrity Code: dishonestly, misrepresentation, fraud, forgery;

2023-2024 VI. Prohibited Conduct/Z. Violations of other published non-academic university regulations or policies;

**Explanation of Incident**
It is alleged that on March 18, 2024 8:29 AM at the following incident(s) occurred:
   **DOE**       (AUID: 5116359)

The Office of Student Accountability and Restorative Practices (OSARP) received a referral from the Office of Equity and Title IX (OET9) which included the case materials for this case. The Office of Equity and Title IX allege that [DOE] intentionally filed a false report in their office against another student. Case materials submitted by the Office of Equity and Title IX indicate that [DOE] knowingly knew that the information that they submitted to the Office of Equity and Title IX was false when they reported it.

**DPS Report # (if applicable):**

*Intentional misrepresentation of facts may result in disciplinary action. This information will become a matter of record with the Office of Student Accountability and Restorative Practices and will be used during disciplinary proceedings. By submitting this form, consent has been given to release all relevant information pertaining to this incident.*

Double check section number in new code