# EXHIBIT I



Message:                    Good afternoon,

Attached, please find the written decision of the Hearing Panel for the matter with Complainant DOE and ROE . Pursuant to the University's Title IX Sexual Harassment Policy, you may appeal the determination; if you wish to do so, you must file your written appeal within seven calendar days, by Monday, November 27, 2023, after this notice of the case outcome. Information regarding the appeal process is included in the written determination.

Sincerely,

Leslie T. Annexstein

Assistant Vice President for Equity and Title IX Coordinator

Office of Equity and Title IX

American University

No PDF Attachment:         ==

Attached files:

📄 PDF   Title IX Sexual Harassment Policy.pdf

📄 PDF   DOE- ROE Written Determination.pdf

---

For:                       ROE

Subject:                   Determination Notice for Title IX Hearing

Message:                    Good afternoon,

Attached, please find the written decision of the Hearing Panel for the matter with Complainant DOE and ROE . Pursuant to the University's Title IX Sexual Harassment Policy, you may appeal the determination; if you wish to do so, you must file your written appeal within seven calendar days, by Monday, November 27, 2023, after this notice of the case outcome. Information regarding the appeal process is included in the written determination.

Sincerely,

Leslie T. Annexstein

Assistant Vice President for Equity and Title IX Coordinator

Office of Equity and Title IX

American University

No PDF Attachment:         ==

Attached files:

📄 PDF   Title IX Sexual Harassment Policy.pdf

📄 PDF   DOE- ROE Written Determination.pdf

Posted by Selena Benitez-Cuffee                                          Nov 14, 2023 at 3:47 pm

Case stage has been changed to **Hearing Completed- Awaiting Decision**

Posted by Selena Benitez-Cuffee                                          Oct 26, 2023 at 10:10 am

**Selena Benitez-Cuffee** added an attribute for    S-1

Posted by Selena Benitez-Cuffee                                          Oct 25, 2023 at 3:25 pm