# EXHIBIT J

**DOE**          5116359          01/30

04/02/26                                                    1 OF 1

ADVANCED PLACEMENT CREDITS ACCEPTED 23.00 HOURS

**FALL 2021**

| Course | Title | Hours | Grade | QP |
|---|---|---|---|---|
| ARAB-102 | ARABIC, ELEMENTARY I | 05.00 | A | 20.00 |
| CORE-100 | AU EXPERIENCE I | 01.50 | A | 06.00 |
| CORE-107 | COMPLEX PROBLEMS SEMINAR | | | |
| | INSECURITY DILEMMAS/GULF RE | 03.00 | A- | 11.01 |
| SISU-105 | INTRO TO INTERNATIONAL STUDIES | 03.00 | A- | 11.01 |
| WRT-100 | COLLEGE WRITING | 03.00 | A | 12.00 |
| | DEAN'S LIST | | | |

AU SEM SUM: 15.50HRS ATT 15.50HRS ERND 60.02QP 3.87GPA

**SPRING 2022**

| Course | Title | Hours | Grade | QP |
|---|---|---|---|---|
| ARAB-103 | ARABIC, ELEMENTARY II | 05.00 | A | 20.00 |
| CORE-200 | AU EXPERIENCE II | 01.50 | A | 06.00 |
| SISU-106 | FIRST YEAR SEMINAR | | | |
| | IMAGINING AFRICA | 03.00 | A | 12.00 |
| SGST-120 | MENTORED FIELD PRACTICUM | 04.00 | A | 16.00 |
| WRT-101 | COLLEGE WRITING SEMINAR | 03.00 | A- | 11.01 |
| | DEAN'S LIST | | | |

AU SEM SUM: 16.50HRS ATT 16.50HRS ERND 65.01QP 3.94GPA

**FALL 2022**

| Course | Title | Hours | Grade | QP |
|---|---|---|---|---|
| ARAB-202 | ARABIC, INTERMEDIATE I | 05.00 | A | 20.00 |
| SISU-205 | INTERCULTURAL COMMUNICATION | 03.00 | A | 12.00 |
| SISU-206 | INTRO TO INT'L STUDIES RSRCH | 03.00 | B+ | 09.99 |
| STAT-202 | BASIC STATISTICS | 04.00 | A- | 14.68 |
| | DEAN'S LIST | | | |

AU SEM SUM: 15.00HRS ATT 15.00HRS ERND 56.67QP 3.77GPA

**SPRING 2023**

| Course | Title | Hours | Grade | QP |
|---|---|---|---|---|
| ARAB-203 | ARABIC, INTERMEDIATE II | 05.00 | A | 20.00 |
| SISU-220 | INT'L POLITICAL ECONOMY | 03.00 | A | 12.00 |
| SISU-230 | ANALYSIS OF US FOREIGN POLICY | 03.00 | A- | 11.01 |
| SISU-270 | JUSTICE, ETHICS & HUMAN RIGHTS | 03.00 | A | 12.00 |
| SISU-306 | ADV INT'L STUDIES RESEARCH | | | |
| | CASE STUDIES & ANLYTCL NARRTVE | 03.00 | A- | 11.01 |
| | DEAN'S LIST | | | |

AU SEM SUM: 17.00HRS ATT 17.00HRS ERND 66.02QP 3.88GPA

**SUMMER 2023**

| Course | Title | Hours | Grade | QP |
|---|---|---|---|---|
| AMST-240 | POVERTY & CULTURE | 03.00 | A | 12.00 |
| WST-115 | INTRODUCTION TO THE ARAB WORLD | 03.00 | A- | 11.01 |
| ECON-200 | MICROECONOMICS | 03.00 | A- | 11.01 |

AU SEM SUM: 9.00HRS ATT 9.00HRS ERND 34.02QP 3.78GPA

**FALL 2023**

| Course | Title | Hours | Grade | QP |
|---|---|---|---|---|
| ARAB-302 | ADVANCED ARABIC I | 03.00 | A- | 11.01 |
| ENVS-150 | NATURE OF EARTH | 04.00 | A | 16.00 |
| PERF-115 | THEATRE:PRIN,PLAYS & PERFORM | 03.00 | A- | 11.01 |
| SISU-320 | TOPICS IN GLOBAL ECONOMY | | | |
| | INTERNATIONAL MONEY & FINANCE | 03.00 | A | 12.00 |
| SISU-330 | TOPICS IN FOREIGN POL/NATL SEC | | | |
| | U.S.-ISRAEL RELATIONS | 03.00 | A | 12.00 |
| | DEAN'S LIST | | | |

AU SEM SUM: 16.00HRS ATT 16.00HRS ERND 62.02QP 3.87GPA

**SPRING 2024**

SUSPENDED DISCIPLINARY REASONS

| Course | Title | Hours | Grade | QP |
|---|---|---|---|---|
| APDS-200 | MODERN EAST ASIA | 03.00 | W | 00.00 |
| ARAB-303 | ADVANCED ARABIC II | 03.00 | W | 00.00 |
| SISU-300 | INTRO TO INT'L ECONOMICS | 03.00 | W | 00.00 |
| SISU-330 | TOPICS IN FOREIGN POL/NATL SEC | | | |
| | NEGOTIATING GLOBAL CHALLENGES | 03.00 | W | 00.00 |
| SISU-419 | SENIOR CAPSTONE: INT'L STUDIES | | | |
| | PEACEMAKING FOR BETTER FUTURE | 03.00 | W | 00.00 |

AU SEM SUM: 15.00HRS ATT 0.00HRS ERND 0.00QP 0.00GPA

**FALL 2024**

SUSPENDED DISCIPLINARY REASONS

**SPRING 2025**

SUSPENDED DISCIPLINARY REASONS

AU CUM SUM: 104.00HRS ATT 89.00HRS ERND 343.76QP 3.86GPA
***END OF TRANSCRIPT***