**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHN DOE,<br><br>    *Plaintiff*,<br><br>  v.<br><br>AMERICAN UNIVERSITY,<br><br>    *Defendant.* | Civil Action No. 25-cv-03866-ACR |

**PROPOSED ORDER**

In consideration of Plaintiff John Doe ("Plaintiff")'s Motion for a Preliminary Injunction,

American University (the "University")'s opposition, and the Parties' affidavits and exhibits, it is

hereby **ORDERED** that Plaintiff's Motion for a Preliminary Injunction is hereby **DENIED**.

                _____
                The Honorable Ana C. Reyes
                United States District Judge

**COPIES TO:**

James A. Keller            John Doe
Saul Ewing LLP           Address Withheld
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504      *Pro Se*
Tel: (215) 972-7777
james.keller@saul.com

Timothy D. Intelisano
Saul Ewing LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 333-8800
timothy.intelisano@saul.com

*Attorneys for Defendant American University*