**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOHN DOE,

    *Plaintiff,*

  v.

AMERICAN UNIVERSITY,

    *Defendant.*

Civil Action No. 25-cv-03866-ACR

**PRAECIPE**

On April 28, 2026, Defendant American University (the "University") filed its Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Preliminary Injunction (ECF No. 20) ("Memorandum"). At the time of filing, counsel for Defendant inadvertently did not attach the Exhibit Index to the Memorandum, as required by the Court's Standing Order. The University accordingly attaches the Exhibit Index to this Praecipe.

Dated: April 30, 2026

      **SAUL EWING LLP**

      */s/ Timothy D. Intelisano*
      Timothy D. Intelisano (D.C. Bar. No. 90033254)
      1919 Pennsylvania Avenue NW, Suite 550
      Washington, D.C. 20006
      Tel: (202) 342-3447
      timothy.intelisano@saul.com

      James A. Keller
      1735 Market Street, Suite 3400
      Philadelphia, PA 19103-7504
      Tel: (215) 972-7777
      james.keller@saul.com

      *Counsel for Defendant*
      *American University*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 30th day of April 2026, I have electronically filed the foregoing **PRAECIPE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications.

I further certify that Pro Se Plaintiff John Doe received a copy of the foregoing via e-mail.

Dated: April 30, 2026                    */s/ Timothy D. Intelisano*
                                         Timothy D. Intelisano

                                         *Counsel for Defendant*
                                         *American University*

2