**Doe v. American University**
**USDC – District of Columbia Case No. 25-cv-03866-ACR**

**Index to Defendant American University's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for a Preliminary Injunction**

| Exhibit No. | Description | PDF Pg. No. |
|---|---|---|
| A. | Final Investigation Report – August 17, 2023 | 39 |
| B. | American University Policy: Title IX Sexual Harassment Policy | 77 |
| C. | Hearing Panel's Written Determination – *Roe v. Doe*, dated November 14, 2023 | 105 |
| D. | Hearing Panel's Written Determination – *Doe v. Roe*, dated November 14, 2023 | 110 |
| E. | Sanction Outcome Letter from Interim Assistant Vice President of Student Affairs Jeffrey T. Brown to Doe, dated December 6, 2023 | 115 |
| F. | Appeal of Outcome and Sanction in *Roe v. Doe*, dated December 18, 2023 | 119 |
| G. | Appeal Decision, dated February 14, 2024 | 130 |
| H. | Correspondence to Doe from American University's Office of Student Accountability and Restorative Practices, dated March 19, 2024 | 133 |
| I. | Leslie Annexstein Message to Doe (Plaintiff) | 137 |
| J. | Plaintiff's Academic Transcript | 139 |