**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, | |
| *Plaintiff*, | Civil Action No. 25-cv-03866-ACR |
| v. | |
| AMERICAN UNIVERSITY, | |
| *Defendant.* | |

**DEFENDANT AMERICAN UNIVERSITY'S NOTICE TO THE COURT**

Pursuant to Local Civil Rule 5.1(a) and Rule 7(f) of the Court's Standing Order in Civil

Cases, Defendant American University, by and through undersigned counsel, hereby submits

Exhibit A, Defendant American University's Request for Pre-Motion Conference.

Dated: May 4, 2026

Respectfully submitted,

*/s/James A. Keller*

James A. Keller (*Admitted Pro Hac Vice*)
Saul Ewing LLP
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel: (215) 972-7777
james.keller@saul.com

Timothy D. Intelisano (D.C. Bar. No. 90033254)
Saul Ewing LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 295-6615
timothy.intelisano@saul.com

*Attorneys for Defendant American University*

## CERTIFICATE OF SERVICE

I certify that on this 4th day of May 2026, I have electronically filed the foregoing **DEFENDANT AMERICAN UNIVERSITY'S NOTICE TO THE COURT, AND EXHIBIT A** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications.

I further certify that *Pro Se* Plaintiff John Doe received a copy of the foregoing via e-mail.

*/s/James A. Keller*
James A. Keller

*Defendant American University*