**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, | |
| *Plaintiff*, | Civil Action No. 25-cv-03866-ACR |
| v. | |
| AMERICAN UNIVERSITY, | |
| *Defendant.* | |

**DEFENDANT AMERICAN UNIVERSITY'S REQUEST FOR WITNESS TESTIMONY**

Pursuant to Local Civil Rule 65.1(d), Defendant American University (the "University"), by and through undersigned counsel, hereby submits this Request for Witness Testimony.   The University wishes to elicit live testimony from the following individuals during the May 11, 2026 Hearing on Plaintiff's Motion for Preliminary Injunction:

1.  Katie Porras, Associate Dean of Students and Director of the Office of Student Accountability and Restorative Practices at the University ("OSARP")

    a.  As the Director of OSARP, Ms. Porras can offer live testimony addressing how the University handles student conduct matters.  Ms. Porras is also deeply knowledgeable about how the University handles inquiries from other institutions seeking information on potential transfer enrollees.  Ms. Porras' testimony would likely take between thirty (30) and forty-five (45) minutes.

2.  Plaintiff John Doe ("Plaintiff") – Cross Examination

    a.  The University seeks to cross examine Plaintiff, to determine the full extent of his alleged irreparable harms.  The University also wishes to ascertain his

understanding of the student conduct process.  Plaintiff's cross examination would likely take between forty-five (45) and sixty (60) minutes.

Dated: May 7, 2026

Respectfully submitted,

*/s/James A. Keller*
James A. Keller (*Admitted Pro Hac Vice*)
Saul Ewing LLP
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel: (215) 972-7777
james.keller@saul.com

Timothy D. Intelisano (D.C. Bar. No. 90033254)
Saul Ewing LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 295-6615
timothy.intelisano@saul.com

*Attorneys for Defendant American University*

2

## **CERTIFICATE OF SERVICE**

I certify that on this 7th day of May 2026, I have electronically filed the foregoing **DEFENDANT AMERICAN UNIVERSITY'S REQUEST FOR WITNESS TESTIMONY, AND A PROPOSED ORDER** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications.

I further certify that *Pro Se* Plaintiff John Doe received a copy of the foregoing via e-mail.

*/s/ James A. Keller*
James A. Keller

*Defendant American University*