John Doe
Address Withheld
Phone Number Withheld
Email Withheld
Plaintiff Pro Se

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| John Doe,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>American University,<br><br>　　　　　Defendant | Case No.: 1:25-cv-03866-ACR<br><br><br>NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION |

Defendant Address
4400 Massachusetts Ave NW
Washington, D.C. 20016

　　　　　Plaintiff withdraws his Motion for a preliminary injunction (ECF No. 18) because he is no longer certain that irreparable harm will come.  He is no longer certain that his understanding of admission requirements is accurate.  Any indication of possible misinterpretation was only realized late in the evening on May 7, 2026, during preparations for cross-examination.  On May 8, 2026, at 9:00 a.m., Plaintiff called the appropriate office who confirmed that his understanding was correct; that a letter of good standing is necessary.  However, to get written confirmation, he had to send an email.  Further emails have increased ambiguity regarding exactly what is required to be considered.  Given the new correspondences, Plaintiff can no longer say with certainty what is required and therefore cannot reasonably assess if Defendant's action will be **certain** to cause irreparable harm.

　　　　　In the interest of avoiding any possible prejudice to the Defendant or wasting the Court's resources on even the slightest possibility that the preliminary injunction is not

RECEIVED
MAY 11 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

warranted, Plaintiff hereby withdraws his motion for a Preliminary Injunction.  Plaintiff sincerely apologizes to the Court and Defendant for any inconvenience on this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2026.

*John Doe*

John Doe, Plaintiff Pro Per

**Certificate of Service**

I hereby certify that on May 8, 2026, a copy of this Notice of Withdrawal of a Motion was served by email upon the following counsel who have been retained to represent American University in this matter:

James A. Keller

1735 Market Street, 36th Floor

Philadelphia, PA 19103

James.keller@saul.com

Timothy Intelisano

1919 Pennsylvania Ave., NW, Suite 550

Washington, DC 20006

Timothy.intelisano@saul.com

*John Doe*
John Doe, Plaintiff Pro Per