**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**
**Civil Division**

JOHN DOE,

        Plaintiff,

v.

AMERICAN UNIVERSITY,

        Defendant.

Civil Case No. 25-cv-03866-ACR

## PRAECIPE TO ENTER APPEARANCE

The Clerk of the Court will please note the appearance of Stephen C. Leckar on behalf of the law firm of Kalbian Hagerty LLP for Plaintiff, John Doe.

Dated: June 17, 2026

Respectfully Submitted,

KALBIAN HAGERTY LLP

/s/ Stephen C. Leckar
Stephen C. Leckar, D.C. Bar # 281691
888 17th St., NW, 12h Floor
Washington, D.C. 20006
(202) 223-5600
(Fax) 223-6625
sleckar@kalbianhagerty.com

*Counsel for Plaintiff, John Doe*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June 2026, a true and correct copy of the foregoing was electronically filed via CM/ECF and served via Notice of Electronic Filing on the following:


James A. Keller
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel: (215) 972-7777
james.keller@saul.com

Timothy D. Intelisano
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 342-3447
timothy.intelisano@saul.com


/s/ Stephen C. Leckar
Stephen C. Leckar