**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**
**Civil Division**

JOHN DOE,

        Plaintiff,

v.

AMERICAN UNIVERSITY,
        Defendant.

Civil Case No. 25-cv-03866-ACR

## MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL THAD ALLEN

Plaintiff, by and through undersigned counsel and pursuant to LCvR 83.2(c), respectfully moves this Court for the admission pro hac vice of Michael Thad Allen in the above-captioned matter. In support of this Motion, undersigned counsel states as follows:

1. Michael Thad Allen is an attorney duly admitted to practice law and in good standing in the State of Massachusetts and seeks admission pro hac vice for the purpose of appearing as counsel in this action.

2. In accordance with LCvR 83.2(c)(2), Mr. Allen has submitted a Declaration in support of this Motion, attached hereto as Exhibit A.

3. A Certificate of Good Standing from the jurisdiction in which Mr. Allen regularly practices law, issued within thirty (30) days of the filing of this Motion, is attached hereto as Exhibit B.

4. The required pro hac vice fee has been paid contemporaneously with the filing of this Motion.

1

5. Undersigned counsel is a member in good standing of the Bar of this Court and sponsors Mr. Allen's application for admission pro hac vice.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and admit Michael Thad Allen pro hac vice in this matter and permit him to appear and participate as counsel in all respects.

Dated: June 17, 2026

Respectfully Submitted,

KALBIAN HAGERTY LLP

/s/ Stephen C. Leckar
Stephen C. Leckar, D.C. Bar # 281691
888 17th St., NW, 12th Floor
Washington, D.C. 20006
(202) 223-5600
(Fax) 223-6625
sleckar@kalbianhagerty.com

*Counsel for Plaintiff John Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June, 2026, a true and correct copy of the foregoing was electronically filed via CM/ECF and served via Notice of Electronic Filing on the following:

James A. Keller
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel: (215) 972-7777
james.keller@saul.com

Timothy D. Intelisano
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 342-3447
timothy.intelisano@saul.com

/s/ Stephen C. Leckar
Stephen C. Leckar