# EXHIBIT A

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

John Doe
_____
Plaintiff(s)

vs.

American University
_____
Defendant(s)

)
)
)
)
)
)
)

Case Number:   25-cv-03866-ACR

### DECLARATION FOR PRO HAC VICE ADMISSION
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name:  Michael Thad Allen

2. State bar membership number: 679795

3. Business address, telephone and fax numbers:

   PO Box 404 Quaker Hill, CT 06375, Telephone: (860) 389-2551

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   See attached

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes ☐     No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?     Yes ☐     No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☑ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered.  [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

6/17/2026
_____
DATE

_____
SIGNATURE OF ATTORNEY

2

Jurisdictions, Date of Admission, and Bar Number where Attorney Michael Thad Allen is admitted and a member of the bar in good standing:

| Court Where Admitted | Admission Date | Bar No. |
|---|---|---|
| Connecticut | 10/06/2014 | 435762 |
| U.S. District Court, District of Connecticut | 09/14/2015 | CT29813 |
| New York (First Department) | 07/13/2015 | Reg. No. 5358726 |
| U.S. District Court, Northern District of New York | 10/2/2018 | 5360599 ECF 700491 Bar No. |
| U.S. District Court, Southern District of New York | 11/16/2021 | 5360599 |
| Massachusetts | 12/23/2010 | BBO #679795 |
| U.S. District Court, District of Massachusetts | 10/18/2011 | 679795 |
| U.S. Court of Appeals for the First Circuit | 03/27/2012 | No. 1152008 |
| U.S. Court of Appeals for the Fifth Circuit | 03/15/2022 | 5360599 |
| U.S. District Court, District of Colorado | 02/28/2023 | 5360599 |