**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
Civil Division**

JOHN DOE,

      Plaintiff,

v.

AMERICAN UNIVERSITY,

      Defendant.

Civil Case No. 25-cv-03866-ACR

**[PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE
OF MICHAEL THAD ALLEN**

It appearing to the Court that Attorney Michael Thad Allen is a member in good standing of the bar of the Commonwealth of Massachusetts, is admitted to the bar of the State of New York and Connecticut as well as the United States District Courts for the Districts of Connecticut, the Northern District of New York, the Southern District of New York, Colorado, and Massachusetts, and the U.S. Courts of Appeal for the First and Fifth Circuits; and has studied the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, and the Local Civil Rules of this Court, and is of good moral character and professional reputation,

IT IS **HEREBY ORDERED** that Michael Thad Allen, Esquire, be, and is hereby admitted *pro hac vice* to all the privileges of an attorney and counselor of the United States District Court for the District of Columbia.  The Clerk is directed to provide copies of this Order to counsel of record upon entry hereof.

**SO ORDERED**

                                       _____
                                       Judge, United States District Judge