**UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA**

JOHN DOE,

                PLAINTIFF

    VS.

AMERICAN UNIVERSITY,

                DEFENDANT.

Civil Case No.1:25-cv-03866-ACR

DATE: June 22, 2026

**NOTICE OF APPEARANCE OF ATTORNEY MICHAEL THAD ALLEN**

The Clerk of the Court will please note the appearance of Michael Thad Allen on behalf of the law firm of Allen Harris PLLC for plaintiff, John Doe, in the above captioned case. This appearance is pursuant to this Court's minute order on Plaintiff's motion for leave to appear pro hac vice, which the court issued June 18, 2026.

1

Respectfully submitted,

Michael Thad Allen
ALLEN HARRIS PLLC
Admitted *pro hac vice*
PO Box 404
Quaker Hill, CT 06375
(860) 772-4738
mallen@allenharrislaw.com

/s/ *Stephen C. Leckar*
Stephen C. Leckar, D.C. Bar # 281691
KALBIAN HAGERTY LLP
888 17th St., NW, 12th Floor
Washington, D.C. 20006
(202) 223-5600
(Fax) 223-6625
sleckar@kalbianhagerty.com

*Counsel for Plaintiff, John Doe*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the date that appears in the header to this document, a true and correct copy of the foregoing was electronically filed via CM/ECF and served via Notice of Electronic Filing on the following:

James A. Keller
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel: (215) 972-7777
james.keller@saul.com

Timothy D. Intelisano (D.C. Bar. No. 90033254)
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 342-3447
timothy.intelisano@saul.com

*/s/ Michael Thad Allen*
Michael Thad Allen, esq.

3