**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

JOHN DOE,

          Plaintiff,

v.                                                                                Civil Case No. 1:25-cv-03866-ACR

AMERICAN UNIVERSITY,

          Defendant.

**NOTICE OF JOINT STIPULATION TO FILING AMENDED COMPLAINT**
**AND EXTENSION OF TIME TO FILE RESPONSIVE PLEADING OR ANSWER**

PLEASE TAKE NOTICE, that the parties wish to jointly inform the Court that Plaintiff John Doe has engaged undersigned counsel to represent him after previously proceeding *pro se*.

Plaintiff's counsel intends to file an Amended Complaint no later than June 26, 2026, pending this Court's leave to file.

Plaintiff's counsel and Defense counsel have met and conferred on this issue, and Defense counsel raises no objections to Plaintiff filing an Amended Complaint at this time.

The parties also conferred and stipulate that Defendant American University be allowed 21 days from the date of filing the Amended Complaint to respond with their answer or responsive pleading pursuant to Federal Rule of Civil Procedure 12. The deadline for Defendant to respond to the Amended Complaint would therefore be July 17, 2026.

Plaintiff's counsel is mindful that this Court, by its Notice of May 27, 2026, scheduled a Pre-Motion Conference for July 6, 2026.  The parties respectfully request that this Pre-Motion

1

Conference be continued pending the filing of the Amended Complaint and Defendant's opportunity to respond.

A copy of the Joint Stipulation is attached as Exhibit 1; a draft order reflecting the foregoing matters also accompanies this Notice.

Dated: June 22, 2026

Respectfully Submitted,

/s/*Michael Thad Allen*
Michael Thad Allen
admitted pro hac vice
ALLEN HARRIS PLLC
PO Box 404
Quaker Hill, CT 06375
(860) 772-4738
mallen@allenharrislaw.com

/s/ *Stephen C. Leckar*
Stephen C. Leckar, D.C. Bar # 281691
KALBIAN HAGERTY LLP
888 17th St., NW, 12th Floor
Washington, D.C. 20006
(202) 223-5600
(Fax) 223-6625
sleckar@kalbianhagerty.com

*Counsel for Plaintiff, John Doe*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2026, a true and correct copy of the foregoing was electronically filed via CM/ECF and served via Notice of Electronic Filing on the following:

James A. Keller
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel: (215) 972-7777
james.keller@saul.com

Timothy D. Intelisano (D.C. Bar. No. 90033254)
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 342-3447
timothy.intelisano@saul.com

/s/ Michael Thad Allen
Michael Thad Allen, Esq.

3