# EXHIBIT 1

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**
**Civil Division**

|  |  |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br><br>v.<br><br><br>AMERICAN UNIVERSITY,<br><br>       Defendant. | Civil Case No. 25-cv-03866-ACR |

**JOINT STIPULATION TO FILING AMENDED COMPLAINT**
**AND EXTENSION OF TIME TO FILE RESPONSIVE PLEADING OR ANSWER**

PLEASE TAKE NOTICE, the parties wish to jointly inform the Court that Plaintiff John Doe has engaged undersigned counsel to represent him after previously proceeding *pro se*.

Plaintiff's counsel intends to file an Amended Complaint no later than June 26, 2026, pending this Court's leave to file.

Plaintiff's counsel and Defense counsel have met and conferred on this issue, and Defense counsel raises no objections to Plaintiff filing an Amended Complaint at this time.

The parties also conferred and stipulate that Defendant American University be allowed 21 days from the date of filing of the Amended Complaint to respond with their answer or responsive pleading pursuant to Federal Rule of Civil Procedure 12. The deadline for Defendant to respond to the Amended Complaint would therefore be July 17, 2026.

Plaintiff's counsel is mindful that this Court, by its Notice of May 27, 2026, scheduled a Pre-Motion Conference for July 6, 2026.  The parties respectfully request that this Pre-Motion

1

Conference be continued pending the filing of the Amended Complaint and Defendant's

opportunity to respond.

Respectfully submitted,

Michael Thad Allen
admitted *pro hac vice*
ALLEN HARRIS PLLC
PO Box 404
Quaker Hill, CT 06375
(860) 772-4738
mallen@allenharrislaw.com

Respectfully submitted,
**SAUL EWING LLP**

*/s/ James A. Keller*

James A. Keller
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel: (215) 972-7777
james.keller@saul.com

Timothy D. Intelisano (D.C. Bar. No.
90033254)
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 342-3447
timothy.intelisano@saul.com

2