**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

JOHN DOE,

        Plaintiff,

v.

AMERICAN UNIVERSITY,

        Defendant.

Civil Case No. 1:25-cv-03866-ACR

**[PROPOSED] ORDER GRANTING JOINT STPULATION
AND CONTINUING STATUS CONFERENCE**

The Court, having reviewed the Parties' Joint Stipulation and being advised in the premises, makes the following order:

1.      Plaintiff is granted leave to file an Amended Complaint no later than June 26, 2026.

2.      Defendant American University shall be allowed 21 days from the date of filing of the Amended Complaint to respond with its answer or responsive pleading pursuant to Federal Rule of Civil Procedure 12. The deadline for Defendant to respond to the Amended Complaint would therefore be July 17, 2026.

3.      The Pre-Motion Conference presently scheduled for July 6, 2026, shall be continued pending the filing of the Amended Complaint and Defendant's opportunity to respond. The Court will advise the parties by a further order when the conference shall be convened.

DATE:                                        _____

                                                Judge, United States District Court