**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

JOHN DOE,

       Plaintiff,

v.

AMERICAN UNIVERSITY,

       Defendant.

Civil Case No. 1:25-cv-03866-ACR

**ORDER GRANTING JOINT STPULATION**
**AND CONTINUING STATUS CONFERENCE**

The Court, having reviewed the parties' Joint Stipulation, Dkt. 32, ORDERS that:

1.      Plaintiff shall file an Amended Complaint on or before June 26, 2026.

2.      Defendant shall answer or otherwise to respond to the Amended Complaint on or before July 17, 2026.  Should Defendant elect to pursue a dispositive motion, it shall continue to adhere to the Court's requirement in its Standing Order § 7(f) to file a notice of intent to file a dispositive motion, rather than fully brief that motion, in the first instance.

3.      In light of the foregoing, the pre-motion conference presently scheduled for July 6, 2026, is VACATED.

DATE: June 24, 2026

                        _____
                        United States District Court Judge