**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE,<br>*Plaintiff*,<br>v.<br><br>AMERICAN UNIVERSITY,<br><br>*Defendant.* | Civil Action No. 25-cv-03866-ACR |

**MOTION FOR LEAVE TO WITHDRAWAL**
**AS COUNSEL OF RECORD – TIMOTHY D. INTELISANO**

Counsel Timothy D. Intelisano, pursuant to Local Civil Rule 83.6, respectfully requests leave of Court to withdraw as counsel for Defendant American University .

In support of this Motion, Mr. Intelisano states as follows:

1. Mr. Intelisano made his appearance in this matter on March 23, 2026 (ECF No. 11).
2. Mr. Intelisano will no longer be employed by the law firm of Saul Ewing LLP effective August 31, 2026.
3. James A. Keller and the law firm of Saul Ewing LLP will continue to represent Defendant American University.

WHEREFORE, Timothy D. Intelisano respectfully requests that this Court grant him leave to withdraw as counsel for Defendant American University.

Submitted this 31st day of August, 2026.

/s/*Timothy D. Intelisano*
Timothy D. Intelisano (D.C. Bar. No. 9003324)
Saul Ewing LLP
1800 -M- Street, NW, Suite 1000 North
Washington, D.C. 20036
(202) 295-6615 – Telephone
(202) 337-6065 - Telefax
timothy.intelisano@saul.com

James A. Keller
Saul Ewing LLP
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel: (215) 972-7777
james.keller@saul.com

*Attorneys for Defendant American University*

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of August 2026, I have electronically filed the foregoing **MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL OF RECORD – TIMOTHY D. INTELISANO** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications.

*/s/ Timothy D. Intelisano*
Timothy D. Intelisano

*Defendant American University*