**UNITED STATES DISTRICT COURT**
**FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE,<br><br>PLAINTIFF<br><br>vs.<br><br>AMERICAN UNIVERSITY,<br><br>DEFENDANT. | Civil Case No. 1:25-cv-03866-ACR<br><br>DATE: September 7, 2026 |

**CONSENTED-TO REQUEST FOR EXTENSION OF TIME**

The parties in the above-caption case respectfully request an extension of time to file a Joint Status Report in response to the Court's Minute Order of August 26, 2026.

Undersigned counsel represents, with consent of opposing counsel James Keller, that the parties have diligently sought to confer with their clients as well as each other regarding a resolution of this case. However, due to the Labor Day weekend, the start of the academic year, and other factors, it has been difficult for both counsel to reach their clients and each other in order to meet the Court-appointed deadline.

The parties therefore request an extension of time of one week to file a Joint Status Report up to and including September 15, 2026.

Undersigned counsel conferred by email with counsel to American University, James Keller on September 7, 2026. Attorney Keller agrees with and consents to this request for extension of time.

No party will be prejudiced by this extension of time.

Respectfully submitted,

Michael Thad Allen
ALLEN HARRIS PLLC
Admitted *pro hac vice*
PO Box 404
Quaker Hill, CT 06375
(860) 772-4738
mallen@allenharrislaw.com

/s/ *Stephen C. Leckar*____________
Stephen C. Leckar, D.C. Bar # 281691
KALBIAN HAGERTY LLP
888 17th St., NW, 12th Floor
Washington, D.C. 20006
(202) 223-5600
(Fax) 223-6625
sleckar@kalbianhagerty.com

*Counsel for Plaintiff, John Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date that appears in the header to this document, a true and correct copy of the foregoing was electronically filed via CM/ECF and served via Notice of Electronic Filing on the following:

James A. Keller
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel: (215) 972-7777
james.keller@saul.com

*/s/ Michael Thad Allen*
Michael Thad Allen, esq.