**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN UNIVERSITY,<br><br>*Defendant.* | Civil Action No. 25-cv-03866-ACR |

**NOTICE OF APPEARANCE – JENNIFER E. ROBINS**

Please enter the appearance of Jennifer E. Robins on behalf of Defendant American University in the above-referenced matter.

Please direct copies of all filings and materials in this matter to her attention.

Respectfully submitted,

**SAUL EWING LLP**

September 15, 2026

*/s/ Jennifer E. Robins*

Jennifer E. Robins (D.C. Bar No. 1032209)
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 295-6652
Fax: (202) 337-6065
jennifer.robins@saul.com

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of September 2026, I have electronically filed the foregoing **NOTICE OF APPEARANCE – Jennfier E. Robins** with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications

Dated: September 15, 2026

*/s/Jennifer E. Robins*
Jennifer E. Robins

*Defendant American University*