**UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE,<br>PLAINTIFF<br>vs.<br>AMERICAN UNIVERSITY,<br>DEFENDANT. | Civil Case No. 125-cv-03866-ACR<br>DATE: September 15, 2026 |

# JOINT STATUS REPORT

In compliance with this Court's Minute Orders of August 26, 2026 and September 9, 2026, the undersigned parties respectfully submit this Joint Status Report.

The parties met and conferred to resolve their differences at the direction of the Court but could not reach a settlement.

**PLAINTIFF'S POSITION:**

Taking encouragement from the Court's direction to find a creative solution, Plaintiff suggested various alternative statements that Defendant American University could provide in response to inquiries about his status and disciplinary history with the school. This non-monetary relief is the most important to Plaintiff. These proposals were all rejected, and American University did not deviate materially from its previous settlement proposals, which had already previously been rejected.

**DEFENDANT'S POSITION:**

Since the Court's premotion conference, the parties have exchanged several proposals that the University believed brought the parties closer together and toward a compromise solution. The University has offered a path forward that would permit Plaintiff to be a student in good standing at the University. But the parties have not been able to agree on precise terms.



58643279.1

**CONCLUSION:**

Despite their differences, undersigned counsel believe that the parties could benefit from Court-ordered mediation through an appropriate Magistrate Judge or the Court's mediation program, if available.

Respectfully submitted,

**SAUL EWING LLP**

September 15, 2026

*/s/ Jennifer E. Robins*

Jennifer E. Robins (D.C. Bar No. 1032209)
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 295-6652
Fax: (202) 337-6065
jennifer.robins@saul.com

James A. Keller (*Admitted Pro Hac Vice*)
SAUL EWING LLP
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel: (215) 972-7777
james.keller@saul.com

*Counsel for Defendant, American University*

Michael Thad Allen
ALLEN HARRIS PLLC
Admitted *pro hac vice*
PO Box 404
Quaker Hill, CT 06375
(860) 772-4738
mallen@allenharrislaw.com

/s/ *Stephen C. Leckar*____________
Stephen C. Leckar, D.C. Bar # 281691
KALBIAN HAGERTY LLP
888 17th St., NW, 12th Floor
Washington, D.C. 20006
(202) 223-5600
(Fax) 223-6625
sleckar@kalbianhagerty.com

*Counsel for Plaintiff, John Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date that appears in the header to this document, a true and correct copy of the foregoing was electronically filed via CM/ECF and served via Notice of Electronic Filing on the following:

Michael Thad Allen
ALLEN HARRIS PLLC
Admitted *pro hac vice*
PO Box 404
Quaker Hill, CT 06375
(860) 772-4738
mallen@allenharrislaw.com

Stephen C. Leckar, D.C. Bar # 281691
KALBIAN HAGERTY LLP
888 17th St., NW, 12th Floor
Washington, D.C. 20006
(202) 223-5600
(Fax) 223-6625
sleckar@kalbianhagerty.com

*/s/ Jennifer E. Robins*
Jennifer E. Robins